# EXHIBIT A

### CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Milay Agüero Ceijas_

2. Mi dirección es: _807 Dell Dale of channelview, Tx 77530_

3. Mi dirección de correo electrónico es: _mily 3705 @ gmail. com_

4. Mi número de teléfono es: _786 571 0973_

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Insulador._

7. Trabajé allí desde _07/13/2018_ hasta _04/09/2019._
      (fecha)                    (fecha)

8. Hice _$18.00_ dólares por (hora)/ año.
      (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _____      Fecha: _06.20.2019._

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de correo/correo electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

**SUDDUTH & ASSOCIATES, LLC**
**1109 Pithon St.**
**Lake Charles, LA 70601**
**Fax: (337) 419 - 0507**
**Correo electrónico: nomorefreerides@saa.legal**

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _STEPHEN ANDRO_.

2. My address is:
   _4475 ARTHUR LN._.

3. My email address is: _mr.stephenandro@yahoo.com_.

4. My telephone number is: _(832) 269-2823_.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _IRONWORKER_.

7. I worked there from _2/12/18_ to _5/23/18_.
                 (date)           (date)

8. I made _30.00_ (dollars per hour)/ year.
                                   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: _4-8-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Jose Manuel Araujo

2. My address is: 15003 Lawndale Houston tx 77017

3. My email address is: Josemanuel Araujo 23230@mail.com

4. My telephone number is: 832 317 3862

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was Pipefitter

7. I worked there from Jun 9 2017 to oct 13 2018
   (date)                    (date)

8. I made _____ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Jose Manuel Araujo_    Date: 5  10  19

To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Pablo areche Santana_.

2. Mi dirección es: _P.o. Box 1242 Toa Baja, P.R. 00951_

3. Mi dirección de correo electrónico es: _____.

4. Mi número de teléfono es: _337-249-3090_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Cemento firepoofing /Insulation_   ① Alfred Miller 6/10/17 - 6/25/18

7. Trabajé allí desde _____ hasta _____.   ② Brock 7/12/18 - 12/31/18
   (fecha)                  (fecha)
                                                                  ③ Apache 12/12/18 - 3/8/19

8. Hice _$17 - 20_ dólares por hora / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Pablo areche_        Fecha: _3 - 12 - 19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Jorge L. Armenta Perez_.

2. Mi dirección es: _732 W 8ST La Joya TX78560_

3. Mi dirección de correo electrónico es: _aJorge8724@gMail.com_.

4. Mi número de teléfono es: _956 - 222-9357_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Electrico Helper_

7. Trabajé allí desde _7-8-2018_ hasta _11-30-2018_.
                  (fecha)                   (fecha)

8. Hice _28,000_ dólares por (hora)/ año. _23, hrs per hr_
            (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Jorge L. Armenta_      Fecha: _4-2-19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Wayne Bailey

2. My address is: 297 EverGreen Rd Fayette MS 39069

3. My email address is: wlbailey82@icloud.com

4. My telephone number is: (601-809-9752

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Iron Worker

7. I worked there from June 2016 to November 2016
   (date)                        (date)

8. I made $24 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Wayne A. Bailey    Date: March 5, 2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419-0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Yohanna I. Batista Galvino

2. My address is: 905 Pine Dr Westwego LA 70094

3. My email address is: Yohannabg@gmail.com

4. My telephone number is: 504-920-3062

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Insulator

7. I worked there from 03/27/2018 to 07/25/2019
   (date)                                      (date)

8. I made 22 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____     Date: 02/20/2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Demetria Broker

2. My address is: PO Box 12999 Bmt Tx 77726

3. My email address is: demetriab2011@yahoo.com

4. My telephone number is: 409.273.1037

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was Scaffold App.

7. I worked there from November 5, 2018 to Feburary 20, 2019
                    (date)                              (date)

8. I made 1900 dollars per hour / year.
                                    (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): D. Broker          Date: 4·10·2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419−0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Dorian Briggs

2. My address is: 5548 Mandella Rd, 7422 Amite, La

3. My email address is: doriorbriggs@yahoo.com

4. My telephone number is: 225-247-2827

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was: Laborer

7. I worked there from 8/8/10 to 4/1/17
   (date)                                  (date)

8. I made $10 dollars (per hour)/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Dorian Briggs          Date: 4|5|19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

**CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA**

1. Mi nombre es: _Yoshel CALA Izquierdo_.

2. Mi dirección es: _12777 ASHFORD POINT DR# 117  Houston TX 77082_

3. Mi dirección de correo electrónico es: _CALAyoshel01@gmail.com_.

4. Mi número de teléfono es: _3059870431_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Insulador_.

7. Trabajé allí desde _17 mayo_ (fecha) hasta _15 de diciembre_ (fecha)

8. Hice _45 mil_ dólares por hora / año.
(un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Yoshel CALA_    Fecha: _3-18-19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío o correo electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Yosuani Castillo Cisneiro_.

2. Mi dirección es:
   _2121 Owens Ave Groves Tx 77619_.

3. Mi dirección de correo electrónico es: _yosuanix @ gmail. com_.

4. Mi número de teléfono es: _346-276-7091_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Jounman Firepoofing_.

7. Trabajé allí desde _01.05.2018_     hasta _07.21.2018_.
               (fecha)            (fecha)

8. Hice _33770.00_ dólares por hora / año.
        (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Yosuani Castillo_     Fecha: _6/20/19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío correo electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Ramiro Castro Navarro_.

2. My address is: _2614 Oaks Dr Pasadena Tx 77502_

3. My email address is: _ramirocelidacastro1019 @gmail.com_.

4. My telephone number is: _209-405-2925_.

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was _Fireproofing_.

7. I worked there from _June 06, 2017_ to _December 17, 2017_.
                   (date)              (date)

8. I made _23≈_ dollars (per hour)/ year.
                              (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _[signature]_      Date: _05/10/2019_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1 My name is _JESUS CEJA_

2 My address is _60630 Van Dyke RD Lot E29 Washington MI 48094_

3 My email address is _JSSCEJA_

4 My telephone number is _409-332-8646_

5 I worked for Defendant(s) and or a joint employer thereof

6 My position was _Combo Welder_

7 I worked there from _03-20-2018_ to _12-05-18_
   (date)                    (date)

8 I made _42_ dollars per hour  year
   (circle one)

9 By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and or the Louisiana Wage Payment Act

10 I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action

11 I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action

12 I declare under penalty of perjury that the foregoing is true and correct

Name (signature) _[signature]_          Date _06-03-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St
Lake Charles, LA 70601
Fax (337) 419 0507
Email: nomorefreerides@saalegal

CONSENT TO OPT-IN AND JOIN LAWSUIT

1 My name is  JUAN M. Ceja

2 My address is
    1511 DUFF DR PORT ARTHUR TX 77642

3 My email address is  JuaN.ceja83@Yahoo.com

4 My telephone number is (409) 332-8624

5 I worked for Defendant(s) and or a joint employer thereof

6 My position was  COMBO Welder

7 I worked there from 03/20/2018 to 12/05/2018
                        (date)              (date)

8 I made  42  dollars per hour  year
                              (circle one)

9 By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and or the Louisiana Wage Payment Act

10 I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action

11 I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action

12 I declare under penalty of perjury that the foregoing is true and correct

Name (signature)  _____  Date 05/03/2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St
Lake Charles, LA 70601
Fax: (337) 419-0507
Email: nomorefreerides@saa.legal

02/27/2019 14:57 FAX  2703848092                                      ☒003/008

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Alfred Charles Jr_

2. My address is: _24521 Open Range RD._

3. My email address is: _alfredcharlesjunior@outlook.com._

4. My telephone number is: _409-670-3086_

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Electrical Foreman_.

7. I worked there from _12-21-16_ to _08-08-2018_
   (date)                (date)

8. I made _33.50_ (dollars per hour)/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Alfred Charles Jr._        Date: _2-27-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _BRENT CHRISTENSON_.

2. My address is: _1831 STONEGATE CT._.

3. My email address is: _dekscapes@gmail.com_.

4. My telephone number is: _(225) 361-3457_.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _JOURNEYMAN CARPENTER_.

7. I worked there from _8/15 1st EMPLOYMENT_ to _1/16_.
   _9/16 2ND EMPLOYMENT → 4/17_ (date)

8. I made _28.50_ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Brent Christenson_    Date: _4-15-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Jesus Cirion

2. My address is:
   209 Kilgore Pl Kenner LA 70065

3. My email address is: jcirionotero@gmail.com

4. My telephone number is: 504 441 8990

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was PIPE FITTER HELPER 3

7. I worked there from 05/23/2017 to 07/10/2014.
   (date)                (date)

8. I made 25.50 dollars per hour/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned  Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Jesus Cirion          Date: 04/04/2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: ROSNIEL CIRION.

2. My address is:
   209 KILGORE PL, KENNER, LA, 70065.

3. My email address is: CIRION92 @ GMAIL. COM.

4. My telephone number is: (504) 205-7393.

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was PIPEFITTER.

7. I worked there from 2-10-2018 to _____.
                        (date)                    (date)

8. I made 29.00 dollars per hour / year.
                              (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): ROSNIEL CIRION          Date: 4-4-2019.

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _James M. Clapton_.

2. My address is: _2001 Chardin Road, Jasper AL 35504_.

3. My email address is: _Clopton0093@chardin.net_.

4. My telephone number is: _205-544-4922_.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Journeyman Ironworker Reinforcing_

7. I worked there from _3/16_ to _1/17_.
                      (date)              (date)

8. I made _$31.00_ dollars per (hour)/ year.
                              (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.


Name (signature): _James Clopton_         Date: _2-10-19_


**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _LARRiE Cochran_

2. My address is:
   _58505 A Belleview RD Plaquemine LA 70764_

3. My email address is: _larrie.cochran @ gmail.com_

4. My telephone number is: _253-961-3000_

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Carpenter_

7. I worked there from _3/16/2016_ to _1-15-2017_
   (date)                (date)

8. I made _28 00_ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature) _Larrie Cochran_ Date: _May 25 19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

**CONSENT TO OPT-IN AND JOIN LAWSUIT**

1. My name is: Angel Culins.

2. My address is: 175 Dagns Street Bellehuse LA 70341.

3. My email address is: a.cullins2224@gmail.com.

4. My telephone number is: 830 530 2689.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Electrical Helper.

7. I worked there from May 2017 to Oct 2017.
   (date)        (date)

8. I made 21.75 perhr dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____   Date: 3/8/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

**Página 1**

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Agustin     Colon_.

2. Mi dirección es: _2600 westerland pr apt # 918_.

3. Mi dirección de correo electrónico es: _____.

4. Mi número de teléfono es: _404  630   43   80_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Electricista_.

7. Trabajé allí desde _Enero -23 -2018_ hasta _____.
   (fecha)                              (fecha)

8. Hice _28   Hrs_ dólares por hora / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Agusti  Cln_          Fecha: _6 - 5 - 19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

02/28/2019  14:08    3205877165    CASH WISE FOODS    PAGE  01/07

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1.  My name is: _Edgardo Colón_

2.  My address is: _Calle Victoria #91 Bo. Lavadero Hormigueros P.R. 00660._

3.  My email address is: _edidium2013 @ gmail.com_

4.  My telephone number is: _813-440-0435_

5.  I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6.  My position was _Pipe Fitter._

7.  I worked there from _May 16, 2017_ to _May 30, 2018._
    (date)                        (date)

8.  I made _$28.00_ dollars per (hour)/ year.
    (circle one)

9.  By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _[signature]_    Date: _February 28, 2019_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Patricia Contreras_.

2. My address is: _738 Lansdown Dr Corpus Christi TX 78412_

3. My email address is: _P.Contreras1234@yahoo.com_.

4. My telephone number is: _361 585-6666_.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _pipefitter helper_.

7. I worked there from _May 17, 2017_ to _August 1 2017_.
   (date)    (date)

8. I made _29_ dollars per (hour) / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Patricia Contreras_    Date: _March 15, 19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Juan Tejeda Corporan_.

2. My address is: _1053 belvedere Cir West mobile AL 36606_

3. My email address is: _____.

4. My telephone number is: _251 - 406 -5896_.

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was _Insulator_.

7. I worked there from _06/05/18_ to _10/15/18_.
   <span>(date)</span>          <span>(date)</span>

8. I made _24_ (dollars per hour)/ year.
   <span>(circle one)</span>

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Juan Tejeda Corpan_   Date: _4/8/19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 − 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Mack A Counsler SR_

2. My address is: _321 Qual St Ashdown AR 71822_

3. My email address is: _MA covington 70 @ g mail.com_

4. My telephone number is: _903-949-8123_

5. I worked for Defendant(s) and or a joint employer thereof.

6. My position was _Carpecter_

7. I worked there from _May 1 2015_ to _Dec 1 2017_
   (date)            (date)

8. I made _$22.00_ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Mack A Counsler Sr_    Date _8/18/ 2019_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Email: nomorefreerides @ saa legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Joshua Allen Creamer .

2. My address is:
   978 Sugar Street, livingston, TX 77361 .

3. My email address is: jacreamer4@gmail.com .

4. My telephone number is: (903) 249-6625 .

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Pipefitter Helper + Millwright Helper

7. I worked there from Aug. 17 ish, 2016 to Nov. 20, 2019 .
   (date)              (date)

8. I made 25.50 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: 4/4/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Ladi A Crespo Nazario_

2. My address is: _1433 Utah Beach Dr. Apt. F Bridge City La 70094_

3. My email address is: _luisrijos. 3194 @ hotmail. com_

4. My telephone number is: _504 344 5259_

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Metal Mechanic_

7. I worked there from _September 11/18_ to _November 13/2018_
   (date)                    (date)

8. I made _$23.50_ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Ladi Crespo Nazario_     Date: _02/27/19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Charles Crowder III_

2. My address is: _1502 Kayouche St_

3. My email address is: _Charles Crowder 43 @ yahoo.com_

4. My telephone number is: ~~337-45~~ _337-425-1790_

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Pipefitter_.

7. I worked there from _5/18_ to _11/18_.
                      (date)              (date)

8. I made _18.20_ dollars per (hour)/ year.
                              (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Chls Crowder III_    Date: _3/1/19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Asniel Avias Cruz

2. My address is: 2885 59th Street Port Arthur TX. 77640

3. My email address is: asnielana@gmail

4. My telephone number is: 409 363 1400

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was Iron worker / Rigger

7. I worked there from December 2015 to Present
   _____(date)_____      _____(date)_____

8. I made 25 | $34 dollars per hour / year.
   _____(circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____     Date: 05|04|19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Franco Cruz.

2. My address is: 2135 Evergreen DR port Arthur TX 77642

3. My email address is: FrancoCruz6@icloud.com

4. My telephone number is: 832 490 4668.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Rod Buster Forman For 6 months

7. I worked there from 6-14-15 to 8-20-17.
   (date)          (date)

8. I made 30 hour dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____   Date: 3-25-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: Angel Hanuel Cruz Hernandes

2. Mi dirección es: 12221 Fleming DR apt 2001 Houston ty 77013

3. Mi dirección de correo electrónico es: chichocruz 65 @ gmail . com

4. Mi número de teléfono es: 346 932 5481 .

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era Metalero .

7. Trabajé allí desde 19 Febrero 2018 hasta 1 MARZO 2019
   (fecha)                        (fecha)

8. Hice 25 Y hora dólares por hora / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): Angel M Cruz        Fecha: 03/08/2018

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Chad Wayne Daigle_.

2. My address is: _1731 East Maple, Eunice, LA. 70535_

3. My email address is: _daiglechad76@gmail.com_.

4. My telephone number is: _337-884-9370_.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Rigger / Iron worker_

7. I worked there from _2/2015_ to _2/2017_.
                      (date)                    (date)

8. I made _$22.00_ dollars per hour / year.
                              (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Chad Wayne Daigle_                     Date: _3-25-2019_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Floyd Davenport_

2. My address is: _525 Vine St. / PO Box 191 Melville, LA 71353_

3. My email address is: _flockaveli45@yahoo.com_

4. My telephone number is: _337-249-1100_

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was _Laborer_

7. I worked there from _2/9/16_ (date) to _4/30/18_ (date)

8. I made _$16.00_ dollars per (hour)/ year. (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _[signature]_                Date: _4/8/19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Email: nomorefreerides @ saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _December Davis_.

2. My address is: _134 Lorie St Lake Charles La 70601_

3. My email address is: _December36davis@gmail.com_

4. My telephone number is: _(337) 385-7643_.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Field Alert / Labor_

7. I worked there from _March 2015_ to _Feb. 2017_
   (date)                         (date)

8. I made _18 CBI_ dollars per hour / year.
   (circle one)
   _20.00 MAPP construction would right the_

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _December Davis_    Date: _4/2/2019_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Ana de la Cruz_

2. My address is: _115 Plum St Bridge City La 70094_

3. My email address is: _anadelacruz195803@gmail.com_

4. My telephone number is: _504 - 513 - 9718_

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Insulator_.

7. I worked there from _May 24-2018_ to _November 11-2018_
                       (date)               (date)

8. I made $ _20.50_ dollars per hour / year.
                                       (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Ana de LACRUZEn_     Date: _02/27/19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Amneris De los Santos Reynoso

2. My address is: 400 N Dilton, Metarie LA 70003

3. My email address is: Yolibania @ Gmail. Com

4. My telephone number is: 504- 931- 0535

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Insulator

7. I worked there from 05- 13- 2018 to 12- 03- 2018
   (date)                              (date)

8. I made 21 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Amneris De la Santos Reynoso          Date: _____

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: Jesús Diaz.

2. Mi dirección es: 1369 san leonardo Rio Grande tx 78582

3. Mi dirección de correo electrónico es: 1119jesúsdiaz@gmail.com.

4. Mi número de teléfono es: (956) 206 9708.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era fire proofing.

7. Trabajé allí desde 3-14-18 hasta 9-15-18.
                   (fecha)            (fecha)

8. Hice 20 dólares por hora / año.
        (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): Jesús Diaz          Fecha: 3-29-18

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

**CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA**

1. Mi nombre es: _Cirilo Diaz_.

2. Mi dirección es: _76 Megehee C-T Westwego_

3. Mi dirección de correo electrónico es: _Madelvn bautista 2130@gmail.com_

4. Mi número de teléfono es: _504-671-77-81_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _INSulado_.

7. Trabajé allí desde _8-14-2018_ hasta _12-19-2018_.
                    (fecha)                      (fecha)

8. Hice _24_ dólares por (hora)/ año.
        (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Cirilo Diaz_           Fecha: _3-19-2019_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de ~~envío~~ correo electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Agustin Eloisa Jr.

2. My address is: 1410 Wrotham Ln

3. My email address is: agustineloisa88@yahoo.com

4. My telephone number is: 832-939-5994

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was pipefitter helper

7. I worked there from 3-20-2017 to 4-2-2019
   (date)                          (date)

8. I made $25.50 (dollars per hour) year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Agustin Eloisa          Date: 4-2-2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Jonathan Fleming

2. My address is:
07 campbell Rd jayess MS 39641

3. My email address is: noblebrick100@gmail.com

4. My telephone number is: 337-304-9126

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was Iron worker Helper.

7. I worked there from 11-25-2016 to 5-6-2018
   (date)                    (date)

8. I made 25,50 (dollars per hour)/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Jonathan Fleming_   Date: 3-22-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Joel Flores_

2. My address is:
   _12222 Palmcrest St. Houston, Tx 77034_

3. My email address is: _joelflrs07@gmail.com_

4. My telephone number is: _956·363-8238_

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Rodbuster_

7. I worked there from _8/14_ to _12/16_
   (date)                    (date)

8. I made _27.50_ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _[signature]_          Date: _4/28/19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Omar Ernesto Flores .

2. My address is:
   3518 Martinique Ave Kenner LA 70065 .

3. My email address is: omarflores1969@icloud.com .

4. My telephone number is: (504) 205-2938 .

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Scaffold LM .

7. I worked there from 05/13/2017 to 03/15/2018 .
   (date)                (date)

8. I made $30 dollars per (hour) year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Omar Flores          Date: 3-18-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _WILLIAMS FORCILL PERCDA_.

2. Mi dirección es: _1024 Beechwood dr_
   _HARVEY L.A    70058_

3. Mi dirección de correo electrónico es: _____.

4. Mi número de teléfono es: _228. 249. 5449_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _INSULADOR_.

7. Trabajé allí desde _06-21-2018_ hasta _12-15-2018_.
                      (fecha)                (fecha)

8. Hice _22_ dólares por hora / año.
         (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott
   International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado
   Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas
   y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro
    en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento
    Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o
    Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para
    Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _WILLIAMS Facilu Ceveda_  Fecha: _03-19-2019_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1.  My name is: Rondell Francis

2.  My address is: 2615 15th St, Port Arthur, TX 77640

3.  My email address is: RFrancis2615@yahoo.com

4.  My telephone number is: (409) 999-1808

5.  I worked for Defendant(s) and/or a joint employer thereof. Optimized Process & Design

6.  My position was Safety Specialist

7.  I worked there from July 12-2017 to Feb 2 2018
    (date)                (date)

8.  I made $32.00 dollars per hour / year. $85.00 perdiem
    (circle one)

9.  By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Rondell Francis        Date: 5-2-2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Maurice Garcia

2. My address is: 1830 Live Oak St., Port Neches, TX 77651

3. My email address is: dora.hidalgo@sbcglobal.net

4. My telephone number is: (409) 673 7035 or (409) 718 8340

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was track hoe Operator

7. I worked there from 10-15 / 03-16 to 12-15 and / 03-18
   (date)                          (date)

8. I made $33.00 dollars per (hour) / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: 5/28/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Darius Guillory_

2. My address is: _1311 Far's Ave._

3. My email address is: _dariusguillory@rocketmail.com_

4. My telephone number is: _337-417-0618_

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was _Expeditor_

7. I worked there from _9-7-16_ to _10-13-17_
   (date)                    (date)

8. I made _21.50_ dollars per (hour)/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Darius Guillory_    Date: _5/30/19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _JACOB RYAN HANKS_ .

2. My address is: _1102 NORTH TRAVIS STREET, LIBERTY, TEXAS 77575_ .

3. My email address is: _JACOBH OPERATIONS @ GMAIL. COM_ .

4. My telephone number is: _(832) 970 – 6608_ .

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _PAINTER_ .

7. I worked there from _04 / 04 / 2017_ to _10 / 15 / 2018_ .
   (date)                           (date)

8. I made _24 65_ dollars per (hour)/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: _5·28·19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Clint Hargraves .

2. My address is:
   PO Box 1204, Winnie Tx 77665 .

3. My email address is: hargravesclint @yahoo.com .

4. My telephone number is: 409-554-7985 .

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was Combo Welder .

7. I worked there from June 2018 to April 2019 .
   (date)                                      (date)

8. I made $40 dollars per hour/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned  Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Clint Hargraves                Date: 5-29-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Michael Haynes_

2. My address is:
   _3322 FM1131 Buna Tx. 77612_

3. My email address is: _Leehay2396@gmail.com_

4. My telephone number is: _409-231-9553_

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Ironworker_

7. I worked there from _2-27-17_ to _8-20-18_
               (date)          (date)

8. I made _29_ dollars per hour / year.
                              (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _[signature]_      Date: _5-30-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: GEORGE M HEAD.

2. My address is: 15401 S Salman Rd Abbeville LA 70510

3. My email address is: headg1 @ yahoo . com.

4. My telephone number is: 337 - 652 - 9488.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Small Tools Mechanic.

7. I worked there from May 22, 2017 to Aug 20, 2018.
   (date)                (date)

8. I made 26.00 dollars per hour /year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): George M Head          Date: 3/12/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: LUIS IbAÑez RoJas.

2. Mi dirección es: 3603 JImmy JHONSHON BIVR APAMT #609 PORT ARTHURP TX 77642

3. Mi dirección de correo electrónico es: luislbañez283@gmail.com.

4. Mi número de teléfono es: 561-475-0125.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era FIRE PROOFING.

7. Trabajé allí desde 6-12-17 hasta 7-20-18.
   (fecha)                (fecha)

8. Hice 20 dólares por hora / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _____    Fecha: 2-26-19

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1.  My name is: _Akeem Jackson_

2.  My address is:
    _1108 Martin Luther King Street_

3.  My email address is: _akeem.jackson 32 @ yahoo.com_

4.  My telephone number is: _337- 249 - 3234_

5.  I worked for Defendant(s) and/or a joint employer thereof.

6.  My position was _Labor_

7.  I worked there from _12 - 2016_ to _Still_
                      (date)                      (date)

8.  I made _16_ dollars (per hour)/ year.
                                       (circle one)

9.  By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Akeem Jackson_    Date: _4-22-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Timothy Gregory James_.

2. My address is: _222 S. Cities Service Hwy Sulphur LA. 70663_

3. My email address is: _N/A_.

4. My telephone number is: _337-215-3832 / 337-888-1569_

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was _Cement Journeyman_.

7. I worked there from _11-5-2016_ to _11-6-2017_.
   (date)                    (date)

8. I made _29 00_ dollars per hour / year.
                                    (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Timothy James_          Date: _4-26-2019_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Hector Vera Jimenez

2. My address is:
   1599 Avenue B  Beaumont, TX  77701

3. My email address is: N/A

4. My telephone number is: (409) 351-5248

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was Welder

7. I worked there from 04-2017 to 05-2019
   (date)                (date)

8. I made Thirty-four dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): X Hector Vera        Date: 05-10-19

To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419-0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Kendull Johnson

2. My address is: 24 1st Elms St Lakecharles, LA

3. My email address is: bsavagg968.15738@gmail.com

4. My telephone number is: 985514-2268

5. I worked for Defendant(s) and/or a joint employer thereof. BroCISSERVICES

6. My position was Help or apprentice.

7. I worked there from 2/5/18 to 11/31/18.
   (date)                          (date)

8. I made 1740 04 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Kendall Johnson          Date: 4/18/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Ian Jones_

2. My address is: _4048 Walls Rd. Beaumont Texas, 77713_

3. My email address is: _ianrjones85@gmail.com_

4. My telephone number is: _(409) 444-6363_

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Iron Worker_.

7. I worked there from _08/16_ to _07/17_.
   (date)          (date)

8. I made _25.00_ dollars per (hour) / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Ivan Jones_          Date: _4-20-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Israel Jones

2. My address is: 10800 Clay Rd. #5107 Houston, TX 77041

3. My email address is: Jonesisrael@yahoo.com

4. My telephone number is: (832) 740-0706

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Carpenter Helper

7. I worked there from 8/9/2016 to 8/10/2018
             (date)                (date)

8. I made 18⁰⁰ dollars per (hour) / year.
                               (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Israel A. Jones_      Date: 6/8/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Tesker Jones Jr._

2. My address is: _1105 Dallas Ave._ _Port Arthur, Texas 77640_

3. My email address is: _tesker.jones456@gmail.com_

4. My telephone number is: _(409) 332-0459_

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Carpenter Leadman_.

7. I worked there from _Apr 2015_ to _Oct, 2016_.
   (date)                  (date)

8. I made _32_ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _[signature]_    Date: _4-3-2019_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 − 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Anthony Alan Kennedy

2. My address is: 256 Richard Lane; Cameron LA 70631

3. My email address is: (931) 248.4323

4. My telephone number is: Kennedysherri 21@gmail.com

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was fitter

7. I worked there from 4/4/18 to 9/10/18.
   (date)          (date)

8. I made $29 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Anthony Kennedy    Date: 5/9/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

Página 1

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: *Clara Loretta Lagunes*

2. Mi dirección es: *263 Cranston dr. El Dorado AR. 71730*

3. Mi dirección de correo electrónico es: *Claralagunes1972@gmail.com*

4. Mi número de teléfono es: *(870) 312 3981*

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era *Oficial*

7. Trabajé allí desde *05/04/17* hasta *06/05/18*
   (fecha)                    (fecha)

8. Hice _____ dólares por hora / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _____     Fecha: *05/22/19*

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Plthon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: MADHUSOODANAN PILLAI MADHAVAN PILLAI .

2. My address is:
   7201 LAKE ARTHUR DR APT 247 PORT ARTHUR TX 77642

3. My email address is: athiradaffodils@gmail.com .

4. My telephone number is: 228-249-1782, 361-946-8932 .

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Pipe fitter .

7. I worked there from __02-02-19__ to __contin....__ .
              (date)           (date)

8. I made __29__ dollars per hour / year.
                (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: 05-27-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Torry C. McKinnon

2. My address is: 3609 Bowling Lane Orange, Tx 77630

3. My email address is: torryme88@gmail.com

4. My telephone number is: 409-330-1219

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Pipefitter Helper 3

7. I worked there from Dec. 12, 2016 (date) to Oct 14, 2018 (date)

8. I made $25.50 dollars per (hour) / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Torry McKinnon     Date: 5-17-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419-0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: JORGE L MOLINA JR.

2. My address is: 6206 WADE RD. #TII 134 BAYTOWN TX 77521.

3. My email address is: Jorge molina Jr 36@gmail.com

4. My telephone number is (409) 549-84-90.

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was Scaffold foreman.

7. I worked there from 12/04/2017 to 8/28/2018.
    (date)                    (date)

8. I made 32.50 dollars per (hour) year.
    (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Jorge L moy          Date: 06/06/19.

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Yvonne LaShann Moore_

2. My address is: _2710 HWY 43 Independence La, 70443_

3. My email address is: _j_wanda@yahoo.com_

4. My telephone number is: _(985) 500-4848_

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was _Labour_

7. I worked there from _12/3/2018_ to _3/20/2019_
              (date)             (date)

8. I made _$20.00_ dollars per hour / year.
                     (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Yvonne LaShann Moore_      Date: _7/9/19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1   My name is: CARL NOEL

2   My address is: 13823 Dunhurst LN
    Houston Tx 77047

3   My email address is: C.noek.Tx54@yahoo.com

4   My telephone number is 832 453 7847

5.  I worked for Defendant(s) and/or a joint employer thereof.  CBI — McDermott

6.  My position was Structal welder

7   I worked there from 07/07/2017 to 10/12/2018
                         (date)              (date)

8   I made $32 00 dollars per (hour) year.
                               (circle one)

9   By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act

10.  I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action

11   I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12   I declare under penalty of perjury that the foregoing is true and correct

Name (signature) Carl Noel          Date 5/17/2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St
Lake Charles, LA 70601
Fax (337) 419 0507
Email: nomorefreerides@sa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _RECO PAUL_

2. My address is:
   _2888 Dougherty Dr. Apt.#8 Baton Rouge, LA. 70805_

3. My email address is: _recopaul@ymail.com_

4. My telephone number is: _225-367-5112_

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was _Journeyman Pipefitter_

7. I worked there from _02-20-2018_ to _10-23-2018_
                (date)             (date)

8. I made _28.00_ dollars/(per hour)/ year.
                            (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.


Name (signature): _Reco Paul_     Date: _May 24, 2019_


**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: ___JOSEPH  PETER___.

2. My address is:
   ___7201  LAKE  ARTHUR  DR. APt #143, PORT ARTHUR, Tx 77642___

3. My email address is: ___josephpeter190@gmail.com___.

4. My telephone number is: ___610 - 931 - 0487,  484 - 716 - 0678___.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was ___STRUCTURAL  WELDER___.

7. I worked there from ___02 - 14 - 18___ to ___Conten.....___.
   (date)                                    (date)

8. I made ___32___ dollars per hour / year.
                                    (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): ___P ₂₊₃___        Date: ___5 - 27 - 19___

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: *Mark Allen Pfouts*

2. My address is:
   *4204 Stratton Village Lane Wilmington, NC 28409*

3. My email address is: *mpfouts57@yahoe.com*

4. My telephone number is: *910-880-0622*

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was *Inspector*

7. I worked there from *May 15 2016* to *Nov 30 2018*
   (date)                              (date)

8. I made *$42* dollars per (hour) year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): *Mark Allen Pfouts*          Date: *5-31-2019*

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

05/28/2019  18:44    2818392016          OFFICEDEPOT                          PAGE  05/07

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Darner K. Polimis_ .

2. My address is:
   _404-S Circle dr. Baytown, Tx  77520_ .

3. My email address is: _Dkpolimis @ Gmail.com_ .

4. My telephone number is: _832-597-3117_ 

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was _Pipe fitter_ .

7. I worked there from _June 22, 2018_ to _April 11, 2019_ .
                   (date)               (date)

8. I made ___33___ dollars per (hour) year.
                                  (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Darney Polimis_          Date: _4-12-19_ 

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal