# EXHIBIT B

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Guillermo Ramirez_.

2. My address is: _305 W. Baker Rd apto 716_

3. My email address is: _g3489s @ aol. com_.

4. My telephone number is: _615-983-0633_.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Electrician_.

7. I worked there from _Feb - 2018_ to _JUN - 2018_.
                             (date)                (date)

8. I made _29.00_ dollars per hour / year.
                                               (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Guillermo Rm_      Date: _03-20-2019_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Jose L. Ramirez Galarza.

2. My address is: 2500 Fairway dr. #1223 Alvin, TX 77511.

3. My email address is: Jr2435117@gmail.com

4. My telephone number is: 832-336-1562

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Top helper fitter.

7. I worked there from June 7, 2017 to April 20, 2018.
   (date)                    (date)

8. I made $ 25.50 dollars (per hour)/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: 02/27/2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Ashley M. Ramos_ .

2. My address is:
   _141 Starlin Dr Apt 113, Sulphur La 70663_ .

3. My email address is: _Ashleymramos@outlook.com_ .

4. My telephone number is: _251-404-1265_ .

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Foreman_ .

7. I worked there from _12/16/2016_ to _08/02/2018_ .
                                (date)               (date)

8. I made _33.50_ dollars per (hour)/ year.
                                      (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _A/m Ramos_          Date: _03/18/19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: *David Ramos*

2. My address is:
   *11202 N 29th LN McAllen Tx 78504*

3. My email address is: *Koolcut2208@gmail.com*

4. My telephone number is: *956-569-3016*

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was *Safety Advisor*

7. I worked there from *Sep 17, 2017* to *Feb 28, 2019*
                            (date)                 (date)

8. I made *36* dollars per (hour)/ year.
                                              (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: *3-6-19*

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

**SUDDUTH & ASSOCIATES, LLC**
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Silvina C. Ravelo Reyes_.

2. My address is:
   _1428 Utah Beach Dr. Apt G Bridge City La 70094_

3. My email address is: _silvinaravelo2233 a) gmail.com_.

4. My telephone number is: _504- 335- 9214_.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Insulator_.

7. I worked there from _09|28|18_ to _12|2|18_.
                    (date)         (date)

8. I made _$ 20.50_ dollars per (hour) year.
                                    (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _[signature]_     Date: _March 6-2019_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: *Hal Hadon Revelle*

2. My address is: *1212 S Rockford Rd, Ardmore OK, 73401.*

3. My email address is: *hal.revelle@gmail.com*

4. My telephone number is: *580-340-3957*

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was *Safety Advisor*.

7. I worked there from *7-28-2016*  to  *12-28-2018* .
   (date)                          (date)

8. I made *36⁰⁰/38⁰⁰* dollars per hour / year.
                                    (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): *Hal Hadon Revelle*          Date: *3-13-2019*

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

### CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Silverio A. Reyes_

2. Mi dirección es: _1801 Hector av. Jerry Jown, LA 70056, apto. 107_

3. Mi dirección de correo electrónico es: _Reyes31 Reyessilverio a 330 @Gmel.com_

4. Mi número de teléfono es: _504-906-5835_

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Formen Fire Proofing_

7. Trabajé allí desde _6-20-17_ hasta _6-15-18_.
   (fecha)                    (fecha)

8. Hice _25 dolores / AÑO_ dólares por hora / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Silverio A. Reyes_          Fecha: _03-8-19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío correo electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

**CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA**

1. Mi nombre es: _Sadiel Rezk Gonsález_.

2. Mi dirección es:
_2503 Glenwood dr Port Arthur Tx. 77642_

3. Mi dirección de correo electrónico es: _seym161051@gmail.com_.

4. Mi número de teléfono es: _409 548 6105_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Maestro Fire Profing_

7. Trabajé allí desde _6-18-17_ hasta _7-25-18_.
　　　　　　　　　　(fecha)　　　　　　　　　　(fecha)

8. Hice _ZZ_ dólares (por hora)/ año.
　　　　　(un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Sadiel Rezk Gonsález_　　Fecha: _02/29/19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Elizabeth Richard

2. My address is: 1250 B Vervie Circle

3. My email address is: elichris1490@gmail.com

4. My telephone number is: 832-577-0625

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Laborer / insulation helper

7. I worked there from May 2018 to Oct 2018.
   (date)                    (date)

8. I made 15.00 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: 2-8-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

Apr.08.2019 02:57 PM  Cyrus Fax                2819929833                PAGE.  1/  1

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Kenneth Richards

2. My address is: 1610 Oak Place ct Pearland TX, 77058

3. My email address is: Kenneth Richard95@yahoo.com

4. My telephone number is: 281-992-9033

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Laborer

7. I worked there from 4-15-16 (date) to July 2016 (date).

8. I made 16.00 dollars per hour / year. (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Kenneth Richards          Date: 3/29/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

Apr. 15. 2019 4:50PM                                          No. 4536  P. 2

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Antrae Richardson_

2. My address is: _3307 Water Ridge Lane, Baytown, TX_

3. My email address is: _Antraerichardson@gmail.com_

4. My telephone number is: _251-508-1764_

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Leadman / Journeyman Electrician_

7. I worked there from _Feb 2018_ to _July 2018_.
   (date)                    (date)

8. I made _30_ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Antrae Richardson_        Date: _3-31-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

APR-11-2019 11:41 From:Marshall License PLT 8286435583          To:13374190507          Page:1/6

### CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: William Joseph Ricker

2. My address is: 1505 Emert St White Pine, TN 37890

3. My email address is: JoeRicker77@Gmail.com

4. My telephone number is: 423 307 4017

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was: Millwright

7. I worked there from July 2017 (date) to March 2018 (date).

8. I made 18 (dollars per hour)/ year. (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): William J. Ricker          Date: 3/18/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Luis A. Rijo Pimentel_

2. My address is: _1433 Utah Beach Dr. Apt F Bridge City La 70094_

3. My email address is: _luisrijo.6545@hotmail.com_

4. My telephone number is: _504 251 0428_

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Insulator_

7. I worked there from _May 20/18_ to _November 14/2018_
   (date)                (date)

8. I made _$20.50_ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Luis A Rijo_          Date: _02/27/19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

**SUDDUTH & ASSOCIATES, LLC**
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Odelsy Rivas Guerrero.

2. My address is: 6905 W Bellfort ST #43 Houston, tr 77035

3. My email address is Odelsyrivas75@gmail.com.

4. My telephone number is: 8329885653.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Ayudante.

7. I worked there from 3/12/18 to 6/26/18
   (date)                    (date)

8. I made 15 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: 2/23/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: *Michael Raymond Roam*

2. My address is:
   *2214 Armstrong Ave Port Neches, Tx 77651*

3. My email address is: *michealroam@sbcglobal.net*

4. My telephone number is: *409-344-3572*

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was *Carpenter*

7. I worked there from *7-16* to *8-17*
               (date)                 (date)

8. I made *28.00* dollars per hour / year.
                                        (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): *[signature]*           Date: *2-25-19*

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: DALE C ROBINSON

2. My address is: 100 Lakeview Dr Apt 1114

3. My email address is: dl-rbnsn @ yahoo.com

4. My telephone number is: 713 854 8522

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Pipe Fitter

7. I worked there from FeB 2016 to Sept 2014
   (date)                    (date)

8. I made 28 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Dale C Rob___         Date: 3/12/19

To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Jaime A Rodriguez_.

2. My address is:
   _2500 Dels Ln Turlock Ca. 95382_

3. My email address is: _jaimearodriguez0457@Yahoo.Com_

4. My telephone number is: _209-262-8831_.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Foreman_.

7. I worked there from _2-6-18_ to _6-1-18_.
   (date)        (date)

8. I made $ _28.00_ dollars/(per hour)/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Jaime A Rodriguez_    Date: _2-28-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Arinson E. Rodriguez Felix

2. My address is:
   1604 W Cherry Ave Apt 12 Orange Tx 77630

3. My email address is: arinsonesmith@Gmail.com

4. My telephone number is: 504 957 3388

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was FireProoFing

7. I worked there from 6/10/17 to 6/19/18
                (date)                 (date)

8. I made 20 dollars per hour / year.
                             (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____     Date: 3-25-18

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Joaquin Rodriguez

2. My address is: 510 Dell Dale St #6 Channelview TX, 77530

3. My email address is: _____

4. My telephone number is: 832-392-7173 - 832-869-5806

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was FIREPROFING.

7. I worked there from 6-11-2017 to 10-19-2017.
   (date)                          (date)

8. I made $20 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Joaquin Rodriguez        Date: 4-16-2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Julian Rodriguez_.

2. My address is:
   _10407 Redwood Dr. Baytown, Tx 77523_.

3. My email address is: _rodriguezfelicitas976@gmail.com_.

4. My telephone number is: _(832) 665-5715_.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Pipe Fitter Helper 3_.

7. I worked there from ___3/2017___ to ___till present___.
              (date)               (date)

8. I made _25.50_ (dollars per hour)/ year.
                       (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Julian Rodriguez_    Date: _3/01/2019_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419-0507
Email: nomorefreerides@saa.legal

07/21/2015  02:43AM  3617230429                    THE ICON BIZ CENTER                    PAGE  03/04

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Paolo A. Rodriguez

2. My address is: 23950 Hinojosa Rd. Edinburg, Tx 78541

3. My email address is: Paolosn95@gmail.com

4. My telephone number is: 956-258-6360

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Journeyman Ironworker

7. I worked there from Feb, 20, 2017 to June, 6, 2018
   (date)                    (date)

8. I made 31.00 dollars per (hour)/ year.
                              (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Paolo Rod                    Date: 2-14-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Javier Rojas de la Rosa_

2. Mi dirección es:
   _9407 N Hwy 146 apt 193, Mont Belvieu, TX, 77523_

3. Mi dirección de correo electrónico es: _jrojasr900204@gmail.com_

4. Mi número de teléfono es: _337 508 8954_

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _laborl-men_

7. Trabajé allí desde _02-18-18_ hasta _05/06/18_
   (fecha)                (fecha)

8. Hice _26_ dólares por hora / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _[signature]_          Fecha: _02-28-19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de ~~aviso~~ electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Clemente Rojas R._ .

2. Mi dirección es: _111 W Pine Av Orange tx Apt131 six code 77630_

3. Mi dirección de correo electrónico es: _LUCOROJOS2358@gmail.com_

4. Mi número de teléfono es: _409-519-1468_ .

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Fire Profing_ .

7. Trabajé allí desde _2-3-18_ hasta _6-25-18_ .
   (fecha)                    (fecha)

8. Hice _20_ dólares por hora / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott
   International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado
   Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas
   y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro.
    en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento
    Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o
    Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para
    Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Clemente Roses II_        Fecha: _2-26-19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la
fecha de envío correo electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

337-480-0101

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: **Rafael Rojas**

2. My address is: **7709 FM 421 Kountze, TX 77625**

3. My email address is: **rafael.rojas1987@yahoo.com**

4. My telephone number is: **409-617-8588**

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was **Concrete Finisher**

7. I worked there from **August 2016** to **February 2017**
                  (date)               (date)

8. I made **$30** dollars per hour / year.
                                       (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____   Date: **4/9/19**

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419-0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Matt Rubin .

2. My address is: 1724 saint John Bosco St westLake La 70669

3. My email address is: MattNRubin123@gmail.com .

4. My telephone number is: 337-794-4814 .

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Carpenter .

7. I worked there from Nov 2016 to April 2017 .
   (date)                    (date)

8. I made 27 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Matt Rubin            Date: 3-11-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Maurice Sago_

2. My address is: _300 V-Ranza Rd. Batesville, Ms. 38606_

3. My email address is: _Sago254@gmail.com_

4. My telephone number is: _662-403-0453_

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Carpenter, Operator_

7. I worked there from _10-14-15_ to _11-21-17_
   (date)                (date)

8. I made $_30.50_ dollars (per hour)/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Maurice L. Sago_       Date: _6-6-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Oscar Salazar

2. My address is: 2455 Idaho Ave

3. My email address is: N.obound 87@ yahoo.com

4. My telephone number is: 504 905 5972

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Leadman

7. I worked there from 4/11 2017 to 10/30/17
   (date)                              (date)

8. I made 30 dollars per (hour) year.
                                   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____     Date: 6/10/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _RAY SANTANA NOVOA_.

2. Mi dirección es:
   _6502 SAline St TAMPA FL 33634_

3. Mi dirección de correo electrónico es: _rsNOVOA1985@gMAil.COM_.

4. Mi número de teléfono es: _813 470 6877_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _INSUlATION_.

7. Trabajé allí desde _02/5/2018_ hasta _05/20/2018_.
                 (fecha)                    (fecha)

8. Hice _26_ dólares por (hora) / año.
          (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _R Santana_    Fecha: _03/06/2019_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Alexandria Stewart

2. My address is: 4560 Alma dr. Wilmer AL 36587

3. My email address is: batmansmomma90@gmail.com

4. My telephone number is: 251 343 2800

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Iron Worker Helper

7. I worked there from Jun/Jul 2015 to march 2017
   (date)                          (date)

8. I made 21.75 dollars per hour/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Alexandria Stewart    Date: 3-20-2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Guerminney Taylor_

2. My address is: _3505 Redlands Dr. Baton Rouge, La. 70814_

3. My email address is: _yungin.gumop@icloud.com_

4. My telephone number is: _(225) 326-1784_

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was _Apprentice_.

7. I worked there from _10-18-2018_ to _11-20-2018_
                         (date)             (date)

8. I made _19.00_ dollars per (hour) / year.
                                   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: _05/02/19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: **Michael Taylor Jr.**

2. My address is: **590 Pollard Beaumont, TX 77703**

3. My email address is: **slikknikk00@gmail.com**

4. My telephone number is: **832-528-4239**

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was **Laborer**

7. I worked there from **03/2014** (date) to **08/2014** (date).

8. I made **14.00** dollars per (hour) / year. (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Michael C Taylor J._    Date: **02/11/2019**

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Elias Thomas_.

2. My address is: _4135 Congress Ave Beaumont, TX 77705_.

3. My email address is: _eliusthomas@yahoo.com_.

4. My telephone number is: _(409) 926-1901_.

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was _Surveyor_.

7. I worked there from _September 21, 2017_ to _4-3-18_.
                                         (date)                         (date)

8. I made _$28.00_ dollars per hour / year.
                                            (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Elias Thomas_            Date: _6-4-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Rene Torres Jr_ .

2. My address is: 406 W. Gulf  Baytown,Texas 77520

3. My email address is: _Renet_1981@yahoo.com_ .

4. My telephone number is: _832-776-1519_ .

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Pipefitter journeymen_ .

7. I worked there from _3-8-2017_ to _5-16-2018_ .
                     (date)                   (date)

8. I made _29.00_ dollars per hour / year.
                                     (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _[signature]_      Date: _3-7-2019_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: *Elie TRunell*.

2. My address is: *P.O. Box 2391 Fayette MS. 39069*

3. My email address is: *Elie TRunell @ gmail.com*.

4. My telephone number is: *601 807 5412*.

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was *Rod buster*.

7. I worked there from *10/14/2016* to *4/7/2019*.
   (date)                (date)

8. I made *28* dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): *Elie Trunell*    Date: *4/26/019*

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Clinton  Vellecilla_.

2. My address is:
   _5030 pecan acres st. Apt. 8E   Lake Charles LA  70605_.

3. My email address is: _ccvallecillo @ hotmail.com_.

4. My telephone number is: _504- 905- 3697_.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Crane operator_.

7. I worked there from _06-17-17_ to _current_.
                   (date)                              (date)

8. I made _36.00_ dollars per hour / year.
                                (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.


Name (signature): _____     Date: _03-11-2019_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

Página

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: Manuel Vera .

2. Mi dirección es:
   207 Date Palm St. Donna TX 78537 .

3. Mi dirección de correo electrónico es: elizabethvera 490 @ gmail com .

4. Mi número de teléfono es: (956) 756 1023 .

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era Finisher .

7. Trabajé allí desde 03/2019 hasta 08/2019 .
   (fecha)                          (fecha)

8. Hice 20. ⁰⁰ dólares por hora / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el fu en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier mome Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribu Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): Manuel Vera                 Fecha: 3-10-19

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de~~~envío~~~ correo electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: **Rigoberto villagomez**

2. My address is:
   **5814cedarbluff drive Baytown Tx  77521**

3. My email address is: **Villagomezrigoberto733@gmail.com**

4. My telephone number is: **832-778-3352**

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was **General Forman**

7. I worked there from **June 1, 2017** to **November 5,2017**
                   (date)                     (date)

8. I made **32** dollars (per hour) year.
                                      (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned  Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC. to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____     Date: **May 2 ,2019**

To be effective, this signed consent form MUST be sent no later than 160 days from date of mailing or emailing) by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Email: nomorefreerides@sua.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Michael Warren_

2. My address is: _503X8 Carey Fox RD Franklinton LA 70438_

3. My email address is: _Warrenred52@gmail.com_

4. My telephone number is: _985-375-9640_

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was _Rod buster_

7. I worked there from _10-4-15_ to _12-1-17_.
                        (date)                (date)

8. I made _29 hr_ dollars per hour / year.
                    (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name(signature): _Michael Warren_        Date: _7-8-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@sna.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Walter White Jr

2. My address is: 1115 East 5th str Port Arthur Tx 77642

3. My email address is: WhitejrWalter@yahoo.com

4. My telephone number is: 409-3006177

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was Cement helper

7. I worked there from 10-26-2015 to 1-27-2017
   (date)                    (date)

8. I made 60,000 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Walter White Jr    Date: 4-15-2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: *Timothy Williams*

2. My address is: *1411 Clearence Street West Lake LA*

3. My email address is: *Javentimari 83 @gmail*

4. My telephone number is: *337-358-0541*

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was *Painter*

7. I worked there from *Feb 10, 2017* to *May 6, 2019*
   (date)                    (date)

8. I made *24.50* dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): *Timothy J*          Date: *May 9, 2017*

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal