UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KENDRICK BENNETT and COURTLANDE COLLINS individually and on behalf of all others similarly situated** § § § § § § | § § § § § § § § § § § § § § § § | **CIVIL ACTION NO**: 2:19-cv-00158 |
| *Plaintiffs* | | |
| **VERSUS** | | |
| **MCDERMOTT INTERNATIONAL, INC., CHICAGO BRIDGE & IRON, CO., CHIYODA INTERNATIONAL, CORPORATION, and CAMERON LNG, LLC** | | |
| *Defendants* | | |

---

## NOTICE OF CONSENT TO OPT-IN

---

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, **KENDRICK BENNETT** and **COURTLANDE COLLINS**, on behalf of themselves and all other individuals similarly situated, who provide the Notices of Consent to Opt-In in the above captioned matter for attached hereto as Exhibits A & B:

1. Jimmuel Alvarado

2. Luis M. Arguello

3. Alexus Abrielle Austin

4. Ruben Barron Hernandez

5. Christopher R. Booker

1

6. Steven A. Briley

7. Juan W. Carcamo (Membreno)

8. Carla Casco

9. Yoanis Sofany Chavez Magdariaga

10. Christopher Santiago Chavez

11. Dominique Citizen

12. Keylon De'marcus Coleman

13. Ellis H. Curry, Jr.

14. Anastasia Davis

15. Dempsey Troy Davis, Jr.

16. Daniel DeGraffenreid

17. Candida De La Cruz

18. Luis Miguel De Los Santos Luciano

19. Donald Demery

20. David Marion Deruso, Sr.

21. Zulema Diaz Lopez

22. Oliver Diaz (Remon)

23. Samuel Diaz

24. Thomas Dorsey

25. Brent Cydric Dunn

26. Raydel Duquesne Gonzalez

27. William Durio

28. Tabatha Earvin

29. Marcus Eddie

30. Juan Carlos Fajardo

31. Agustin Farres Gonzalez

32. Yainelis Felipe Gonzalez

33. Caleb Figueroa Rodriguez

34. Francisco A. Figueroa (Concepcion)

35. Juan Flores (Alvarado)

36. Steven D. Foreman, Sr.

37. Brianna Fountain

38. Nicholas Frank

39. Tom Frank

40. Marvin E. Franklin

41. Archadric Frazier

42. Marquis Frazier

43. Wyatt Freeman

44. Carlos Friman Bidopia

45. Raysa Fuentes Gonzalez

46. Jeffery Furlough

47. Jesus Galvan

48. Robert J. Galvan

49. Idelfonso Garcia (Mandina)

50. Gabriel Adrian Garcia

51. Ivan Garcia

52. Jesus Garcia, Jr.
53. Jose A. Garcia
54. Martin J. Garcia
55. Teresa L. Garcia
56. Raymond E. Gary, Jr.
57. Christopher Chance Gibbs
58. Michael Gloston
59. Jose Luis Gomez
60. Alfredo Gonzalez
61. Eloy Omar Gonzalez (Jr.)
62. Roman Gonzalez (III)
63. Arthur Grandpre
64. Kenneth Green
65. Andrew Grogan
66. Kirstie Gros
67. Edward Guess
68. Amy Rachelle Hollie Guidry
69. Cynthia Guillory
70. Alberto Gutierrez
71. Delia Gutierrez
72. Greg Hadnot
73. Jeffery Herman
74. Manuel Herrera

75. Christopher Howard
76. Jerry L. Hudson
77. Edwin Humberto De Jesus Arratia
78. Cody Ivey
79. Darrell James
80. Gene A. Jason
81. Francisco Javier Jasso
82. Jeffrey Wayne Johnson
83. Walter Ray Johnson
84. Tim Anthony Jones
85. Denisha Kelly
86. Kaishus King
87. James Koehler
88. Trevor LaBove
89. Robert Ladner
90. Daniel Lamance
91. Brandon Landry
92. Alejandro Leal Mesa
93. Carla Leal
94. David LeBlanc, Jr.
95. Joseph LeDay
96. Richard Ledet, Jr.
97. Rolando Ledezma, III

98. Michael G. Lee

99. Jimmie LeGros

100. Murphy Shawn Leopaul, Jr.

101. Leydis Licea Machado

102. Fernando Longoria

103. Melanie N. Lucien

104. Gustavo Lugo Castro

105. Ruben D. Lugo Castro

106. Shelley Jo Maloney

107. Michael Malveaux

108. Diana P. Martinez

109. Hector Martinez

110. Nelson G. Matias

111. Nathan McDaniel, Jr.

112. Beverly E. McKenzie

113. Manuel Mejia-Ramirez

114. Alexander Montilla Duran

115. Miguel Moreno

116. Samdhy Ng Hernandez

117. Juan J. Nunez

118. Yajaira Ortega

119. Jose Padua

120. Darrell Papillion

Dated: July 23, 2019

**Respectfully Submitted,**

**SUDDUTH AND ASSOCIATES, LLC**
Attorneys at Law
1109 Pithon St.
Lake Charles, Louisiana 70601
Telephone: (337) 480-0101
Fax: (337) 419-0507

BY: *s/ James E. Sudduth, III*
**JAMES E. SUDDUTH, III (#35340)**
Email: james@saa.legal
**KOURTNEY L. KECH (#37745)**
Email: kourtney@saa.legal
*Counsel for Kendrick Bennett, Courtlande Collins, and all others similarly situated*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing document has this date been served to all known counsel of record in this proceeding by:

| | | |
|---|---|---|
| (   )   Hand Delivery | (   )   | Prepaid U.S. Mail |
| (   )   Facsimile | (   )   | Federal Express |
| (   )   E-Mail | ( X ) | CM/ECF System |

Lake Charles, Louisiana, this 23rd day of July, 2019.

*s/ James E. Sudduth, III*
JAMES E. SUDDUTH, III