# EXHIBIT A

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Jimmvel Alvarado_.

2. My address is:
   _3035 Lake Arthur Dr. Apt 5105  Port Arthur, TX 77642_.

3. My email address is: _jimmvelalvarado 1 @ gmail.com_.

4. My telephone number is: _915 - 301 - 3101_.

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was _Rigger / Bull Rigger_.

7. I worked there from _05/14/18_ to _07/08/19_.
                    (date)              (date)

8. I made _36_ dollars per hour / year.
                                (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned  Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.


Name (signature): _____    Date: _07/16/19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Luis M. Arguello                                    .

2. My address is:
   502 W. El Dora Rd. San Juan TX 78589

3. My email address is: luis86arguello@yahoo.com                  .

4. My telephone number is: 956-600-9877                            .

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was   pipe fitter                    .

7. I worked there from June 21, 2018 _____ to August 30th, 2018.
                        (date)                        (date)

8. I made $34.00 _____ dollars per hour / year.
                                      (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.


Name (signature): _Luis Arguello_        Date: 2/12/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

Scanned with CamScanner

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Alexus Abrielle Austin.

2. My address is: Jules Hwy 397 lot 15e Lake Charles, LA 70615

3. My email address is: alexusaustin10@gmail.com.

4. My telephone number is: 318-617-3871.

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was Flagger (Ironworker.helper

7. I worked there from May 24, 2016 to August 7, 2017.
   (date)                              (date)

8. I made 16.00 / 23.75 dollars per (hour) / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Alexus Austin          Date: 4-9-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Ruben Barron Hernandez

2. My address is: 343 66 Los Ranchos Rd. SanBenito TX 78586

3. My email address is: Barronc1990@gmail.com

4. My telephone number is: (956) 577-5745

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Rodbuster / Ironworker

7. I worked there from 8-24-2016 to 7-5-2017
   (date)                                    (date)

8. I made 24.60 (dollars per hour) year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Ruben B.                    Date: 2-25-2019

To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Christopher R. Booker

2. My address is:
   4418 Kent Dr.

3. My email address is: cr4booker@aol.com

4. My telephone number is: 337-842-2630

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was Bull Rigger

7. I worked there from February 1, 2018 to December 6, 2018.
   (date)                        (date)

8. I made $28.00 Hr. dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Christopher R. Booker    Date: July 19, 2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Steven A. Briley_

2. My address is:
   _362 Burk Rd.   Lake Charles, La. 70611_

3. My email address is: _briley786@gmail.com_

4. My telephone number is: _337-526-8834_

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was _Carpenter Helper 3_

7. I worked there from _02/15/2016_ to _01/09/2019_
   (date)                    (date)

8. I made _24.65_ (dollars per hour)/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Steven A. Briley_          Date: _7-13-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Juan  W. Carcano_.

2. My address is: _910 Cheyenne Rd. Dallas TX 75217_

3. My email address is: _WCMembreno @ gmail.com_.

4. My telephone number is: _832) 541 62 01_.

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was _J1 - Scaffold_.

7. I worked there from _3-23-17_ to _6-28-18_.
   (date)        (date)

8. I made _28_ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned  Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: _4-1-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Carla Casco_.

2. My address is:
   _2043 33st orange TX 77630_.

3. My email address is: _Carlacarcamo7c@yahoo.com_.

4. My telephone number is: _409-365-9858_.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Pipefitter Helper3_.

7. I worked there from _7-2016_ to _11-2018_.
   (date)                    (date)

8. I made _25.50_ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Carla Casco_       Date: _2-28-2019_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Yoaniis Sofany Chávez Magdarraga_.

2. Mi dirección es:
_5035 monroe st APT.B26 Groves TX 77619_

3. Mi dirección de correo electrónico es: _Ychm8707 @gmai'coo_.

4. Mi número de teléfono es: _409- 332 - 8988_

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Helpher_.

7. Trabajé allí desde _09/10/2018_ hasta _11/01/2018_.
                      (fecha)                  (fecha)

8. Hice _18_ dólares por hora / año.
         (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott
   International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado
   Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas
   y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro.
    en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento
    Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o
    Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para
    Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Yoania S. Chávez Magdarrage_ Fecha: _03/01/2019_.

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la
fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Christopher Santiago Chavez_.

2. Mi dirección es: _1425 UTAH bech DR Aptc LA 70094_

3. Mi dirección de correo electrónico es: _Cavolinepayan00980C gmail.com_

4. Mi número de teléfono es: ~~817~~ _917-573-4856_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Insulader_.

7. Trabajé allí desde ~~0918~~ _09/20/18_ hasta _12/30/18_.
                      (fecha)                  (fecha)

8. Hice ~~8~~ _23.00_ dólares por (hora / año.
          (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Christopher Chavez_          Fecha: _02/28/19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Dominique   Citizen_

2. My address is: _1610 14th  Street  Lake Charles, La._ _70601_

3. My email address is: _dominiquecitizen@ yahoo.com_

4. My telephone number is: _337-794-5709_

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Carpenter_

7. I worked there from _10/2017_ to _02/2018_
   (date)                   (date)

8. I made $_22_ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _[signature]_                    Date: _7/18/2019_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Keylon Demarcus Coleman .

2. My address is: 1822 8th Street .

3. My email address is: .

4. My telephone number is: 337-377-6247 .

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was Iron Work/material hand for pipe

7. I worked there from 2016 to 2017 .
                                (date)                              (date)

8. I made 16 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Kyh Cole          Date: 4-8-2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Ellis H. Curry Sr.

2. My address is: 5W403 Hano Rd Apt. B Independence, La. 70443

3. My email address is: Elliscurry@hotmail.com

4. My telephone number is: 985-318-9610

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was HEAVY EQUIP OPERATOR

7. I worked there from 9/7/2015 to 4/2018
   _(date)_ _(date)_

8. I made $30.00 dollars per (hour) year.
   _(circle one)_

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Ellis H Curry_    Date: 3-17-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@sta.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Dempsey Troy Davis Jr.

2. My address is: 420 Arnaud St.

3. My email address is: Dempsey.Davis @ Yahoo.com

4. My telephone number is: 337-342-8022

5. I worked for Defendant(s) and/or a joint employer thereof: CBI, Mcdermott

6. My position was Bull Rigger

7. I worked there from Jan 2018 to
   (date)                                (date)

8. I made $28.00 dollars (per hour)/ year.
                              (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____          Date: 4-11-19

To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides a saa legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Anastasia Davis

2. My address is: 2608 Colfax St Lake Charles, LA 70615

3. My email address is: Mrspaullard123@gmail.com

4. My telephone number is: 337-707-4983

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Laborer/Flagger

7. I worked there from 05/2016 (date) to 08/2017 (date).

8. I made 16.00 dollars per (hour) / year. (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Anastasia Davis_    Date: 5/16/19

To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Daniel DeGraffenreid

2. My address is: 432 ROW1 Lafayette, LA 70508

3. My email address is: danieldegraffenreid56@gmail.com

4. My telephone number is: (337) 519-1783

5. I worked for Defendant(s) and/or a joint employer thereof. CB&I

6. My position was Carpenter 3

7. I worked there from 3-16 _____ to 12-16 _____
   (date)                          (date)

8. I made 23.25 _____ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Daniel DeGraffenreid        Date: 4/5/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Candida dela Cruz

2. My address is: 1433 Utah Beach Dr. Apt N Bridge City La 70094

3. My email address is: candidadelacruz1966@gmail.com

4. My telephone number is: 404-781-5232

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Insulator

7. I worked there from 07-11-18 to 08-17-18
   (date)            (date)

8. I made $22.00 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Candida de la Date: 03-01-19

To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Luis miguel De la santa lutiamo_.

2. Mi dirección es: _Lake ArThur Dr APt 274_.

3. Mi dirección de correo electrónico es: _naFieLa04@GmaiL.Com_

4. Mi número de teléfono es: _929-320-3595_

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _FireProoFing_.

7. Trabajé allí desde _02/17_ hasta _10/17_.
                   (fecha)               (fecha)

8. Hice _20,000 doLohes_ dólares por hora / año.
             (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Luis miguel De la santo_      Fecha: _3/18/2019_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Donald Demery

2. My address is: 2448 Norman St

3. My email address is: demery55@Gmail.com

4. My telephone number is: 318-573-6910

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Electrician

7. I worked there from May 13, 2017 to July 25, 2018.
   Aug 10, 2018 (date)        Dec 15, 2018 (date)

8. I made 28 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Donald Demery          Date: March. 20, 2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419-0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _David Marion Deniso Sr._ .

2. My address is: _P.O. Box 1208  Fauzlo. 70647_ .

3. My email address is: _Tio1920@yahoo.com_ .

4. My telephone number is: _337-348-2204_ .

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was _Labor Foreman_ .

7. I worked there from _3/29/16_ to _12/M/17_ .
   (date)                    (date)

8. I made _30.50_ (dollars per hour)/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Darin Deno_          Date: _7-6-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Zulena Díaz López_.

2. Mi dirección es: _4649 Evergreen Dr Port Arthur TX 77642_

3. Mi dirección de correo electrónico es: _ZULEMADL65@gmail.com_

4. Mi número de teléfono es: _346900 4244_

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Fireproofing - Insoladora_

7. Trabajé allí desde _febrero 2018_ hasta ~~Julio 2019~~ _Agosto 2018_
   (fecha)        (fecha)

8. Hice _21.00_ dólares por (hora) / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott
   International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado
   Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas
   y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro.
    en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento
    Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o
    Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para
    Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Zulena Díaz_        Fecha: _02-25-2019_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la
fecha de correo electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: Oliver Díaz

2. Mi dirección es: 4822 E Sam Houston Parkway N apto 2314 Houston Tx 77015

3. Mi dirección de correo electrónico es: OliveryMayo2011@yahoo.com

4. Mi número de teléfono es: 305-322-8338

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era Insolación

7. Trabajé allí desde 03/26/18 hasta 07/19/18
   (fecha)                    (fecha)

8. Hice 22 dólares por hora / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): Oliver Díaz          Fecha: 02/20/19

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de correo electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _SAMUEL DIAZ_.

2. Mi dirección es: _1806 TENCHA ST. MISSION, TX 78572_

3. Mi dirección de correo electrónico es: _samueldiaz58@hotmail.com_.

4. Mi número de teléfono es: _956-403-2896_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _FIRE PROFING_.

7. Trabajé allí desde _5 MARZO 2018_ hasta _30 MAYO 2018_.
   (fecha)                        (fecha)

8. Hice _$20_ dólares por hora / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Sam Diaz_                    Fecha: _03/11/2019_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Thomas Dorsey_ .

2. My address is:
   _2216 Hwy 80 E lot 14 Monroe LA 71203_

3. My email address is: _thomasdorsey0020@gmail.com_ .

4. My telephone number is: _318-732-6488_ .

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Rigger_ .

7. I worked there from _05 - 2016_ to _10 - 2018_ .
                        (date)              (date)

8. I made _$28.00_ dollars per hour/ year.
                                    (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Thomas Dorsey_          Date: _3-29-2019_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Brent Cydric Dunn_ .

2. My address is: _5828 Lincoln Meadow Circle Ft. Worth Texas 76112 #1904_

3. My email address is: _BrentDunn72@gmail.com_ .

4. My telephone number is: _(281) 685-0358_ .

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _laborer_ .

7. I worked there from _2-9-2016_ to _10-28-2016_
                     (date)            (date)

8. I made _18_ dollars per hour / year.
                                       (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____     Date: _2-21-2019_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Raydel Duquesne Gonzalez_.

2. Mi dirección es: _5225 Elliott Road Lake Charles LA 70605 apt 1222_

3. Mi dirección de correo electrónico es: _raydel0918@icloud.com_.

4. Mi número de teléfono es: _832 388 72 85_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Fire Proof_.

7. Trabajé allí desde _2/6/2018_ hasta _7/27/2018_.
                    (fecha)              (fecha)

8. Hice _15 – 16_ dólares por hora / año.
        (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _____     Fecha: _3/29/2019_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1.  My name is: _William Durio_ .

2.  My address is:
    _105 Meaux Blvd. Apt. 3_ .

3.  My email address is: _william.durio1982@yahoo.con_ .

4.  My telephone number is: _337-793-4118_ .

5.  I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).  _Yes_

6.  My position was _Millwright_ .

7.  I worked there from _2/9/16_ to _6/12/18_ .
                   (date)                   (date)

8.  I made _24.50_ dollars per hour / year.
                                      (circle one)

9.  By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.  _Yes_

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.  _yes_

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.  _yes_

12. I declare under penalty of perjury that the foregoing is true and correct.  _yes_

Name (signature): _____    Date: _3/1/19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Tabatha Earvin

2. My address is: 3300 Rollingbrook #13B Baytown TX 7752

3. My email address is: rosearvin1968@gmail.com

4. My telephone number is: 936-314-4927

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Iron worker

7. I worked there from 8/23/16 to 4/3/12
   (date)          (date)

8. I made $18.10 dollars (per hour) / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Tabatha Earvin     Date: 7/16/2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Marcus Eddie

2. My address is: 2442 20th St Lake Charles, La 70601

3. My email address is: Michaeleddie4@Gmail.com

4. My telephone number is: 337-292-4685

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Cement Finisher / Helper

7. I worked there from 8/2015 to 10/2017
   (date)                (date)

8. I made 24.65 / 27.00 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: 3-15-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

### CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Juan Carlos Fajardo_

2. Mi dirección es: _4216 Philmont ave Port arthur TX 77642_

3. Mi dirección de correo electrónico es: _Nene-Carlo1981@hoTmail.Com_

4. Mi número de teléfono es: _281-451-6826_

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Metal man anb Insulator_

7. Trabajé allí desde _Agosto 2017_ hasta _Noviembre 2018_
                    (fecha)                  (fecha)

8. Hice _24_ (dólares por hora)/ año.
          (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Juan C Fajardo_       Fecha: _2/28/2019_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

**CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA**

1. Mi nombre es: _Agustin Farron Gonzalez_.

2. Mi dirección es:
_3607 Jimmy Johnson Port Arthur Tx 77642 apt 313_

3. Mi dirección de correo electrónico es: _farrergonzalez agustin @ gmail .com_.

4. Mi número de teléfono es: _832-503-1056_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Pintor_.

7. Trabajé allí desde _03/13/17_ hasta _10/18/18_.
                  (fecha)                (fecha)

8. Hice _30:000_ dólares por hora / año.
        (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Agustin Farron Gonzalez_        Fecha: _03/25/19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Yainelis Felipe Gonzalez_

2. Mi dirección es:
   _9407 N. Hwy 146, Apt 193, Mont Belview, TX, 77523_

3. Mi dirección de correo electrónico es: _yainelis1390@gmail.com_

4. Mi número de teléfono es: _832-988-4142_

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _____

7. Trabajé allí desde _02/18/2018_     hasta _05/06/2018_ .
                          (fecha)                    (fecha)

8. Hice _____ dólares por hora / año.
              (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Felipeg_     Fecha: _02/28/2019_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

**Página 1**

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: Francisco A. Figueroa .

2. Mi dirección es: 8FF Ridewood DR Apt 97, Port Neches TX. 77651

3. Mi dirección de correo electrónico es: _____.

4. Mi número de teléfono es: 409-543-0934 .

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era FireProofing .

7. Trabajé allí desde 2-17-2016 hasta 3-20-2017
   (fecha)                    (fecha)

8. Hice 20.00 dólares por hora / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): Francisco A. Figueroa    Fecha: 2-26-2019

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Caleb Figueroa Rodriguez_.

2. My address is:
   _3914 Derek Dr. Baytown, TX 77521_.

3. My email address is: _Calebrod77@gmail.com_.

4. My telephone number is: _281-691-5596_.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Welder_.

7. I worked there from _5|20|17_ to _2|13|19_.
   (date)                    (date)

8. I made _$38.00_ dollars per (hour) year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Caleb_    Date: _04/18/19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: JUAn Flovcs.

2. Mi dirección es: 111 W Pine aVage Tx APT 131 77630

3. Mi dirección de correo electrónico es: WandeFloves1oo@gmail.com

4. Mi número de teléfono es: 504-450-86 65.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era Fire ProFin.

7. Trabajé allí desde MAr 2o)2017 hasta Julio) 2018.
   \qquad (fecha) \qquad\qquad (fecha)

8. Hice 20 dólares por hora / año.
   \qquad (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): JUAn Flovcs \qquad Fecha: 2/26/2019

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: STEVEN D. FOREMAN SR.

2. My address is: 133 HEATHER St LAKE CHARLES 70605

3. My email address is: SFOREMAN1968@gmail.com

4. My telephone number is: 318-312-3781

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was bull RIGGER

7. I worked there from 6/17/18 to PRESENT.
   (date)                              (date)

8. I made 34 00/xx dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Steve Foreman      Date: 3/11/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

**CONSENT TO OPT-IN AND JOIN LAWSUIT**

1. My name is: _Brianna Fountain_.

2. My address is: _1700 Mignonette LN Apt B Lake Charles, LA 70605_

3. My email address is: _briannafountain @gmail.com_.

4. My telephone number is: _337 241 7981_.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Laborer_.

7. I worked there from _May 18, 2017_ to _Oct 21, 2017_.
   (date)                (date)

8. I made _10.00_ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: _3-6-2019_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: *Nicholas Frank*

2. My address is:
   *1730 Marine St Apt 2506*

3. My email address is: *nicholasf337 at gmail.com*

4. My telephone number is: *337-603-8891*

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was *General Laborer*.

7. I worked there from *June 13 2015* to *Jan 30 2017*.
   (date)                                              (date)

8. I made *16* dollars per hour/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): *Nichol Frank*          Date: *Mar 20, 2019*

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: TOM FRANK .

2. My address is: P.O. BOX 248 .

3. My email address is: tfrank4242@gmail.com .

4. My telephone number is: 337-580-4474 .

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I). TRIAD ELECT.

6. My position was ELECTRICIAN TECHNICIAN

7. I worked there from AUG 2018 to FEB 2019.
   (date)                    (date)

8. I made 28.00 dollars (per hour) / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: 3-18-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: TOM FRANK

2. My address is: P.O. BOX 248, CHATAIGNIER, LA. 70524

3. My email address is: tfrank4242@gmail.com

4. My telephone number is: 337-580-4474

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was RODBUSTER 3

7. I worked there from JUNE 2016 to AUGUST 2017
   (date)                        (date)

8. I made $25.00 (dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): TOM FRANK          Date: 3-18-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419-0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: TOM FRANK

2. My address is: P.O. BOX 248, CHATAIGNIER LA, 70524

3. My email address is: +frank4242 @ gmail. com

4. My telephone number is: 337-580-4474

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was ELECTRICAL TECHNICIAN 3

7. I worked there from MARCH 2018 to JULY 31 2018
   (date)              (date)

8. I made 25:00 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: 3-18-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419-0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: *MARVIN E. FRANKLIN*.

2. My address is: *7332 PROGRESS St. B,R, La., 70802*.

3. My email address is: *marvin.franklin1600@gmail.com*

4. My telephone number is: *225-485-1290*.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was *IRONWORKER*.

7. I worked there from *4-2016* to *10-2018*.
   (date)                                      (date)

8. I made *$29* dollars per hour / year.
                                    (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): *Marvin E. Franklin*        Date: *3-12-2019*

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Archadric Frazier

2. My address is:
   15111 Sims road

3. My email address is: pcbcharde@gmail.com

4. My telephone number is: 985-551-4168

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was Journey Man II

7. I worked there from 02-16-17 (date) to 08-27-17 (date)

8. I made 27 dollars per hour / year. (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Archadric Frazier       Date: June 20, 2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Marquis Frazier

2. My address is:
   23515 maple vista lane Spring, tx 77373

3. My email address is: marquisfrazier28@yahoo.com

4. My telephone number is: 985-209-4011

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I). yes

6. My position was leadman (scaffold builder)

7. I worked there from 2/1/2017 to 2/23/2018.
   (date)        (date)

8. I made 29 dollars per (hour) year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act. yes

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action. yes

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action. yes

12. I declare under penalty of perjury that the foregoing is true and correct. yes

Name (signature): Marquis Frazier    Date: 2/14/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Matt Freeman

2. My address is: 5958 Benson DR Baton Rouge, La 70817

3. My email address is: KWFreemans@outlook.com

4. My telephone number is: 225-614-0081

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Electrical Journeymen/Electrical Foreman

7. I worked there from 1/18/18 to 10/18/18
   (date) (date)
   1/19 to current

8. I made 28.00 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Wyatt Freeman    Date: 3/4/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Carlos Friman Bidapia_.

2. Mi dirección es: _5401 gulf wan DR Groves Tx. 77619_

3. Mi dirección de correo electrónico es: _Carlos Freeman2990 @ Gmail. Com_.

4. Mi número de teléfono es: _409 460 8294_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Formen_.

7. Trabajé allí desde _06/15/17_ hasta _05/15/17_.
   (fecha)          (fecha)

8. Hice _76800.00_ dólares por hora / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por el presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Carlos Friman_          Fecha: _03/08/19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío o correo electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: Raysa Fuentes Gonzalez.

2. Mi dirección es: 12221 Fleming DR Aplo 2001 Houston Tx 77013

3. Mi dirección de correo electrónico es: raysaFuentes75 @ gmail. com.

4. Mi número de teléfono es: 832 960 4773.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era Insulation.

7. Trabajé allí desde 9/15/2018 hasta Estoy Trabajando
   (fecha)                    (fecha)

8. Hice 22 X Horas dólares por hora / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): Raysa Fuentes    Fecha: 3/8/19

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Jeffery Furlough .

2. My address is:
   6158 Daniel Dr. #127 Beaumont TX 77705 .

3. My email address is: Furlough Jeffery @ gmail.com .

4. My telephone number is: (409) 791-6702 .

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Helper .

7. I worked there from 12/16    to    4/18 .
                 (date)                    (date)

8. I made $25.50 dollars per hour / year.
                                    (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Jeffery Furlough      Date: 4/15/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Jesus Galvan_

2. Mi dirección es: _3740  5 ST  Port Arthur TX 77642_

3. Mi dirección de correo electrónico es: _Jesus Cepeda028@ gmail.com_

4. Mi número de teléfono es: _(405) 853 - 9991_

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Lider y CO guarder, Fire Profins._

7. Trabajé allí desde _Abril 2018_ hasta _Marzo 2019_.
              (fecha)                 (fecha)

8. Hice _20 $_ dólares por hora / año.
         (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _____    Fecha: _03-18-19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Robert J Galvan .

2. My address is:
   11502 Brook Meadow Dr. Houston Tx 77089

3. My email address is: robertgalvan 296@gmail.com .

4. My telephone number is: 281-206-3577 .

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Labor Journeyman 2 (LBJ2)

7. I worked there from March 10, 2017 to December 2018
   (date)                                    (date)

8. I made 20 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Robert Galvan          Date: 2·21-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Idelfonso Garcia_.

2. Mi dirección es:
   _1031 Brazos Ave Port Arthur tx_.

3. Mi dirección de correo electrónico es: _escorpion2009@aol.com_.

4. Mi número de teléfono es: _832 596 8199_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _escaffold leadman_.

7. Trabajé allí desde _3/12/17_ hasta _5/4/18_.
         (fecha)           (fecha)

8. Hice _70_ dólares por hora / año.
      (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _____      Fecha: _3/1/19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: Gabriel Adrian Garcia.

2. Mi dirección es: 1105 E. Pirate Dr Apt H1.

3. Mi dirección de correo electrónico es: Garciaadrian04251972@gmali.com

4. Mi número de teléfono es: (956) 579-3723.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era Electrician.

7. Trabajé allí desde 3-1-18 hasta 3-28-19.
    (fecha)                    (fecha)

8. Hice 6700.00 26 x hr - 6700.00 dólares por hora / año.
    (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): Gabriel Adrian Garcia    Fecha: 4-24-19

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: __Ivan Garcia__

2. My address is: __711 Tampro St. Mission Tx 78572__

3. My email address is: __Garciaivan0520@Hotmail.Com__

4. My telephone number is: __956-640-5013__

5. I worked for Defendant(s) and or a joint employer thereof.

6. My position was __Electrician General Foreman__

7. I worked there from __2/28/18__ to __3/13/19__
   (date)                    (date)

8. I made __36__ dollars per (hour) year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: __4/9/19__

To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Jesus Garcia Jr_.

2. Mi dirección es: _9809 Cibolo Dr. Edinburg, TX._

3. Mi dirección de correo electrónico es: _1980tereba20010gmail.com_.

4. Mi número de teléfono es: _956 7500181_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Elect Mechanic A_.

7. Trabajé allí desde _4-19-2018_ hasta _Sigo trabajando_.
   (fecha)                                     (fecha)

8. Hice _28.00_ dólares por hora / año.
        (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Jesus Garcia Jr_    Fecha: _4/4/19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tarde [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Jose A. Garcia_ .

2. My address is:
   _1005 Shawnee Bead Rd. San Juan, Tx 78589_

3. My email address is: _jpeg7019 @ gmail.com_ .

4. My telephone number is: _956-789-6807_ .

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was _Carpenter helper III_ .

7. I worked there from _08 / 12 / 2016_ to _present_ .
   (date)                                    (date)

8. I made _24.75_ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Jose A. Garcia_    Date: _7-15-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Martin J Garcia_.

2. Mi dirección es:
_1905 W 1ST TS Mission TX 78572_

3. Mi dirección de correo electrónico es: _martinyasociados@live.com.mx_

4. Mi número de teléfono es: _979 429 5468_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Carpintero Civil_.

7. Trabajé allí desde _Septiembre_ hasta _Diciembre 2017_
(fecha) _2016_         (fecha)

8. Hice _28_ (un círculo) dólares por hora / año.

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Martin J Garcia_         Fecha: _4-4-19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: Teresa L. Garcia.

2. Mi dirección es: 9809 Cibolo Dr Edinburg, TX 78542

3. Mi dirección de correo electrónico es: 1980teresa 2001@gmail.com

4. Mi número de teléfono es: 956 2928466

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era $Elect. Mechanic C.

7. Trabajé allí desde 9-7-2018 hasta Sigo trabajando.
   (fecha)                              (fecha)

8. Hice 04 dólares por hora / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): Teresa L. Garcia        Fecha: 4/4/19

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Raymond E. Gary JR

2. My address is: 134 CR 4281 Dayton Tx 77535

3. My email address is: EARL GARY 30@GMAIL.COM

4. My telephone number is: 832 - 491 - 8264

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Rigger/Bullrigger

7. I worked there from 11/21/17 to 2/19/19
   _____ (date) _____ (date)

8. I made 30 ⁰⁰ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____ Date: 3/27/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Christopher Chance Gibbs_ .

2. My address is:
   _7418 S Prairieview Dr., Lake Charles, LA 70605_

3. My email address is: _Christopher.gibbs4302@gmail.com_ .

4. My telephone number is: _337 - 302 - 8089_ .

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was _Rigger_ .

7. I worked there from _3 / 10 / 2016_ to _8 / 2 / 2018_ .
   (date)                          (date)

8. I made _$ 30.00_ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Chri Gibbs_          Date: _4 / 25 / 19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Michael Gloston

2. My address is: 871 Peach

3. My email address is: _____

4. My telephone number is: (409) 683-2604 or 409 651-8804

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Concrete Finisher

7. I worked there from Feb, 2017 to Dec, 2018
   (date)          (date)

8. I made $28 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Michael Gloston          Date: 3-15-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419-0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Jose Luis gomez_

2. Mi dirección es: _1801 E. Harris Ave Pasadena Tx 77506_

3. Mi dirección de correo electrónico es: _____

4. Mi número de teléfono es: _346-365-8904_

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _pipe proofing_

7. Trabajé allí desde _6 | 2017_ hasta _3 | 2018_
                       (fecha)                (fecha)

8. Hice _$20_ dólares por hora / año.
            (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Jose Luis Gomez_     Fecha: _3/25/19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Alfredo Gonzalez_.

2. My address is: _6509 Azul Lane, Pharr, TX_.

3. My email address is: _greenbud095@gmail.com_.

4. My telephone number is: _(956) 534-1074_.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _J2 Scaffold_.

7. I worked there from _May 2017_ to _November 2017_
   (date)                (date)

8. I made _28_ ~~dollars per hour~~/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.


Name (signature): _Alfred G_          Date: _3-11-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Eloy Omar Gonzalez_.

2. Mi dirección es: _3415 S. Alamo Rd Apt 34 edinburg tx 78542_

3. Mi dirección de correo electrónico es: _____.

4. Mi número de teléfono es: _956-202-4722_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Electricista_.

7. Trabajé allí desde _05-09-18_ hasta _08-09-18_.
   (fecha)          (fecha)

8. Hice _32,000_ dólares por hora / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Eloy O. Gonzalez_          Fecha: _03-29-2019_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1.  My name is: Roman Gonzalez.

2.  My address is:
    4832 Weaver Rd.

3.  My email address is: romangonzalez4440@gmail.com.

4.  My telephone number is: 337-515-9540.

5.  I worked for Defendant(s) and/or a joint employer thereof.

6.  My position was Electrical Foreman.

7.  I worked there from 2-14-17 to 7-31-18.
                        (date)          (date)

8.  I made 32 dollars per hour / year.
                        (circle one)

9.  By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Roman Gonzaly          Date: 7-18-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Arthur Grandpre_

2. My address is: _639 11th St, LAke Charles, LA 70601_

3. My email address is: _Arthur Grandpre 626@ Gmail .Com_

4. My telephone number is: _504-215-1600_

5. I worked for Defendant(s) and or a joint employer thereof.

6. My position was _ConCrete / grout leadman_

7. I worked there from _July 25, 2014_ to _Septenor 4 2019_
   (date)                    (date)

8. I made $24.65 /$30.00 dollars per hour year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Arthur G. dpre_      Date _April 12, 2019_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419-0507
Email: nomorefreerides@saa legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Kenneth Green.

2. My address is: 200 E. Arkansas St, Apt 8 Leesville LA 71446

3. My email address is: stephienell29@Yahoo.Com.

4. My telephone number is: 337-353-4040.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Parts Clerk.

7. I worked there from Feb - 16 to 6-23-17.
   (date)                    (date)

8. I made 30 ¢¢ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Kenneth Green          Date: 4-2-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Andrew Grogan.

2. My address is: 3612 Captain Cade RD.; Youngsville, LA 70592

3. My email address is: agrogan 09 @ yahoo.com.

4. My telephone number is: (305)-397-3628.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Journeyman Electrician

7. I worked there from 2/2017 to 10/2018.
   (date)      (date)

8. I made $29. dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Andrew Grogan_    Date: 2/25/2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _KIRSTIE GROS_ .

2. My address is: _6850 Whitby lane groves TX 77619_

3. My email address is: _Kgros12@gmail.com_ .

4. My telephone number is: _409 3325362_ .

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _electrician_ .

7. I worked there from _May 21st 2017_ / to _Dec 2018 Aug 2018 / current_
   (date)                                          (date)

8. I made _27 / 30_ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Kirstie gros_    Date: _4.3.19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal