# EXHIBIT B

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: **Edward Guess**

2. My address is: **1020 S. Lilly St Blytheville Ar 72315**

3. My email address is: **Guesspnut@qmail.com**

4. My telephone number is: **870-824-8399**

5. I worked for Defendant, McDermott International. Inc. (formerly known as CB&I).

6. My position was **Forklift operator**

7. I worked there from **2/17/15** to **9/20/17**
   (date)                                        (date)

8. I made **$34**                dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): **Edward C**        Date: **3/21/19**

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Amy Rachelle Hollie Guidry.

2. My address is: 838 Bankens Rd Sulphur LA 70663

3. My email address is: amy.hollieguidry@gmail.com

4. My telephone number is: 337 853 8952.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Operator.

7. I worked there from 5/24/16 to 4/3/18.
   (date)              (date)

8. I made 24 00 dollars per hour / year.
                              (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: 2·7·19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Cynthia Guillory.

2. My address is: 2032 3rd Street, Lake Charles, LA 70601.

3. My email address is: cynthiamguillory@yahoo.com.

4. My telephone number is: 337-532-9193.

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was Rodbuster Helper 3.

7. I worked there from May 30, 2016 to Aug 8, 2017.
   (date)                        (date)

8. I made 24.65 dollars (per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Cynthia Sully_                Date: 3-28-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## <u>CONSENT TO OPT-IN AND JOIN LAWSUIT</u>

1. My name is: Alberto Gutierrez.

2. My address is: 844 Shannon Ave Alamo Tx 78516

3. My email address is: Betogtz2020@gmail.com.

4. My telephone number is: 956.325.5823

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Scaffold.

7. I worked there from 4.25.17 to 6.13.18
   (date)          (date)

8. I made $28 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Alberto Gutierrez          Date: 2.22.19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Della Gutterrez.

2. My address is: 413 Cypress St #2, Sulphur 70663

3. My email address is: lalarbje @ Gmail. com.

4. My telephone number is: 762 209 1878.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Journeyman.

7. I worked there from 2·19·18 to 8·19·18
              (date)            (date)

8. I made 26 dollars per hour / year.
                   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Del          Date: 2·28·19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Greg Hadnot_ .

2. My address is:
   _19117 Fm 252 Kirbyville, Tx 75956_ .

3. My email address is: _Greg Hadnot53@gmail.com_ .

4. My telephone number is: _409 622 - 5231_ .

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was _Truck Driver_ .

7. I worked there from _6/10/2017_ to _5-20-18_ .
                          (date)                           (date)

8. I made _30,00_ dollars per hour / year.
                                       (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Greg Hadnot_          Date: _7-16-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Jeffery Herman .

2. My address is:
   4009 Carlyss Dr Sulphur LA 70605

3. My email address is: jeffsrig.382@gmail.com .

4. My telephone number is: 661-487-5000 .

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Pipe Fitter .

7. I worked there from 5-26-17 to 7-18-18 .
                   (date)              (date)

8. I made $34.00 dollars per (hour)/ year.
                             (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Jeff Herman          Date: 3-14-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Manuel Herrera_____ .

2. Mi dirección es:
   _1614 Sandydale ln. Hoston Tx - 77039_ .

3. Mi dirección de correo electrónico es: _Manuel.herrera87@ yahoo.com_ .

4. Mi número de teléfono es: _(832) - 894-5516_____ .

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _PipeFitter_____ .

7. Trabajé allí desde _27 de Junio 2018_ hasta _18 de Enero 2019_ .
                (fecha)              (fecha)

8. Hice _$35.00_ dólares por hora / año.
         (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Manuel Herrera_____     Fecha: _04-04-19_____

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: **CHRISTOPHER HOWARD**.

2. My address is:
   **205 ERWIN DR. APT #18 Thibodaux LA 70301**.

3. My email address is: **christychris 37@ yahoo.com**.

4. My telephone number is: **(985) 870-6105**.

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was **WELDER**.

7. I worked there from **MAY 2017** to **Aug. 2018**.
                 (date)                (date)

8. I made **$32.00** dollars per (hour)/ year.
                                   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned  Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____  Date: **07-17-2019**

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Jerry L. Hudson.

2. My address is: P O BOX 932 Vinton Lit 70668.

3. My email address is: JerryHudson91730 gmesl.COM.

4. My telephone number is: 337-476-9226.

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was Driver.

7. I worked there from April-11 - 2019 to still employed.
   (date)                    (date)

8. I made 30.00 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Jerry L. Hudson          Date: 7-16-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Edwin Humberto de Jesus Arratia

2. My address is: 507 FM 886 Sullivan city TX, 78595

3. My email address is: Arratia03Edwin@gmail.com.

4. My telephone number is: (956)289-9106

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Pipe fitter.

7. I worked there from 03/29/17 to Currently.
   (date)                              (date)

8. I made 21.75 (dollars per hour) year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: 03/17/2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Cody Ivey

2. My address is: 4660 First Pentecostal Church Rd. Longville, LA 70652

3. My email address is: Codyivey837@gmail.com

4. My telephone number is: (337) 863-2865

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Carpenter

7. I worked there from Oct 2015 to Dec 2017
   (date)          (date)

8. I made $27.00 dollars per (hour)/ year.
                              (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____   Date: 2/7/19

To be effective, this signed consent form MUST be sent no later than 160 days from date of mailing or emailing) by mail, fax, or email to James E. Sudduth, III or Kirā N. Abrams at:

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419–0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: DARRELL JAMES .

2. My address is:
   1243 PARKERS CHAPEL RD, EL DORADO, AR 71730 .

3. My email address is: jamesdarrell68@yahoo.com .

4. My telephone number is: 870-314-6162 .

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was PIPE FOREMAN .

7. I worked there from 6/2017 to 10/2018 .
                      (date)               (date)

8. I made $31.00 dollars per (hour)/ year.
                                      (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Darrell James    Date: 1/21/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: *Gene A. Jason*.

2. My address is: *421 Magnolia St. Opelousas La. 70570*

3. My email address is: *gene jason 1970 @ Yahoo.Com*.

4. My telephone number is: *337-308-4684*.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was *Rigger*.

7. I worked there from *3-15-16* _____ to *2-14-19* _____.
   _____(date)_____ _____(date)_____

8. I made *30 ⁰⁰* _____ dollars per (hour) year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): *Gene Jason*          Date: *2/12/19*

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Francisco Javier Jasso

2. My address is:
   3315 Thornwood Dr. Pasadena Tx. 77503

3. My email address is: f.jasso@att.net

4. My telephone number is: 281-702-7254

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Superintendent.

7. I worked there from 9-18-17 to 11-9-18.
              (date)         (date)

8. I made 55.00 dollars per (hour)/ year.
                          (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): [signature]          Date: 2-19-19

To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: __JEFFREY WAYNE JOHNSON__.

2. My address is: __15650 NE 137th Ct. Ft. McCoy, Fl. 32134__

3. My email address is: __jjohnson52582@gmail.com__

4. My telephone number is: __(352)-817-7163__.

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was __Journey Man Iron Worker__

7. I worked there from __3/16/17__ to __2/5/19__
   (date)                    (date)

8. I made __$24.00__ dollars per (hour)/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned  Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature) _____    Date: __4/20/19__

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Walter Ray Johnson

2. My address is: 4310 Groton Dr. Houston, Tx. 77047

3. My email address is: Walter ray johnson 1980 @gmail.com.

4. My telephone number is: (713) 854-3235

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Pipe Fitter.

7. I worked there from 3-21-2017 to 8-16-2018.
   (date)                      (date)

8. I made $29.⁰⁰ (dollars per hour)/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Walter Johnson          Date: 1-23-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Tim Anthony Jones_ .

2. My address is: _4128 Ellis Street_

3. My email address is: _TimJones0816@gmail.com_ .

4. My telephone number is: _337-329-2496_

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Leadman_ .

7. I worked there from ~~xxxx~~ _April 24th 2015_ to _February 18th 2018_ .
   (date)                                    (date)

8. I made _18_ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Tim Jones_                    Date: _July 18 2019_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Denisha Kelly

2. My address is: 606 Welsh St. Welsh, LA. 70591

3. My email address is: denishakelly76@icloud.com

4. My telephone number is: (337) 930-0371

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Installation Helper

7. I worked there from 1.10.18 to 5.18
                    (date)             (date)

8. I made $17.50 dollars per (hour)/ year.
                              (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Denisha Kelly        Date: 2.14.19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1.  My name is: Kaishus King

2.  My address is: 3214 Beidway St,

3.  My email address is: elite Kings 1 @ yahoo.com

4.  My telephone number is: 337-707-8220

5.  I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6.  My position was laborer

7.  I worked there from 2016 to 2017
                          (date)              (date)

8.  I made 16 dollars per hour / year.
                                    (circle one)

9.  By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: 2-9-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1.  My name is: *James Koehler*

2.  My address is: *6610 Miller Wilson Rd. Crosby TX 77532*

3.  My email address is: *JKoehler462@gmail.com*

4.  My telephone number is: *936-641-2393*

5.  I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6.  My position was *Boilermaker*.

7.  I worked there from *11-16-16* to *3-25-18*
    (date)                 (date)

8.  I made *$ 30.00* dollars per hour / year.
                         (circle one)

9.  By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): *James Koehler*    Date: *2-15-19*

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1.  My name is: Trevor Labove .

2.  My address is: 141 Jimmy Savoy Rd, Creole, LA 70631

3.  My email address is: Wtdc2012@yahoo.com .

4.  My telephone number is: 337 515 2477 or 318 5700929 .

5.  I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6.  My position was Structural Welder .

7.  I worked there from 11-10-15 to 8-30-18 .
                      (date)                      (date)

8.  I made $26 dollars per hour / year.
                                      (circle one)

9.  By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: 2-24-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Robert   Laduer_.

2. My address is:
   _5238 old Sabinetown Rd Hemphill, TX, 75948_

3. My email address is: _lindrob@hughes.net_.

4. My telephone number is: _470-475-1787_.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Forklift operator_.

7. I worked there from _August, 2015_ to _Jan. 12, 2018_.
                                        (date)                         (date)

8. I made _32,00_ dollars per (hour)/ year.
                                                   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Robert Laduer_        Date: _2-22-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Daniel Lamadce .

2. My address is: 925 West Dr Port Neches Tx .

3. My email address is: DaniellLamadce@email.com .

4. My telephone number is: 409-332-1606 .

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Instrument Man .

7. I worked there from  9-16  to  5-17
                            (date)              (date)

8. I made  30  dollars per hour / year.
                                        (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____     Date: 2-9-19 _____

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Brandon Landry

2. My address is: 1003 Shady Ln, Westlake, LA 70669

3. My email address is: blandry1495@yahoo.com

4. My telephone number is: (337) 476-8054

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Electrical Helper

7. I worked there from 7/4/18 to 8/24/18
   (date)          (date)

8. I made 22 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _BL_____    Date: 2/7/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

**Página 1**

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Alejandro Leal MPSA_.

2. Mi dirección es: _2801 W sonset DR Apt #15 77630_

3. Mi dirección de correo electrónico es: _alejandrolealmesa14@gmail.com_.

4. Mi número de teléfono es: _361-777-8897_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Pintor, electricista_.

7. Trabajé allí desde _05-11-17_ hasta _11-20-18_.
                    (fecha)                (fecha)

8. Hice _96.00_ dólares por hora / año.
          (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _____    Fecha: _03-07-19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Carla Leal

2. My address is:
   1086 Arnaudville, LA 70512

3. My email address is: Carlaleal 31@gmail.com

4. My telephone number is: 956- 358- 0938

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was FMB (electrical mechanic level B)

7. I worked there from May 14, 2018 to present.
   (date)                                     (date)

8. I made _____ 26 _____ dollars per hour / year.
                                    (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: 3/6/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: David LeBlanc Jr.

2. My address is: 805 Martinez Rd, Thibodaux, LA 70301

3. My email address is: Streetsweep@gmail.com

4. My telephone number is: (985) 791-1049

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Iron Worker.

7. I worked there from July 21, 2016 to September 22, 2017
   (date)                          (date)

8. I made 30 dollars per (hour)/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): David LeBlanc Jr.          Date: 3|7|19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Joseph LeDay.

2. My address is:
   1111 5th Ave Lake Charles, La. 70601

3. My email address is: Malcolmleday@gmail.com.

4. My telephone number is: 337-990-1193.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Electrical.

7. I worked there from 9/17 (date) to 10-18 (date).

8. I made 29.00 dollars per hour / year. (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Joseph L Dcey          Date: 4/11/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Richard Ledet Jr

2. My address is: 3155 Montreal Dr. Baton Rouge La 70819 / P.O. Box 1162 Oberlin, La 70655

3. My email address is: ledetrichard4@gmail.com

4. My telephone number is: 337-977-1515

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Journeyman Rodbuster.

7. I worked there from September 12th 2015 to May 11th 2017.
   (date)                                    (date)

8. I made $29 /$75 per diem dollars per hour/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Richard Ledet Jr       Date: 4-8-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Rolando Ledezma III

2. My address is: 413 Cypress St, #2 Sulphur, LA 70663

3. My email address is: Ledezma9970@Gmail.com.

4. My telephone number is: (706)-934-7574.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Apprentice.

7. I worked there from 06-11-18 to 07-29-18.
   (date)                              (date)

8. I made 16 dollars per (hour) / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Rolando          Date: 02-28-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Michael G. Lee

2. My address is: 608 Jones St. Lake Charles, LA.

3. My email address is: mlee81433@gmail.com

4. My telephone number is: 337-936-2998

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Concrete finisher.

7. I worked there from May 2015 to November 2017
   (date)        (date)

8. I made $28.00 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: 3-22-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Jimmie LeGros_

2. My address is:
   _220 Guidry Road   Lafayette   LA 70503_

3. My email address is: _jimmie legros 247@ gmail.com_

4. My telephone number is: _337-368-5125_

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Lead Millwright_

7. I worked there from _April 18 2016_ to _November 26 2018_
                         (date)                 (date)

8. I made _31.50_ dollars per (hour) / year.
                                            (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Jim LeGros_      Date: _2-27-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Murphy Shawn Leopaul Jr._

2. My address is:
   _501 Amy st. Church Point LA._

3. My email address is: _Shawnleopaul33@gmail.com_

4. My telephone number is: _337-227-0508_

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Labor_

7. I worked there from _3-8-16_ to _8-16-16._
   (date)                (date)

8. I made _$16.00_ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _Murphy S. Leopaul Jr._  Date: _3/13/19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Jeydis    Ricea   Machado_.

2. Mi dirección es:
   _919  Northwood Dr Apto 7005  Baytown, TX, 77521_

3. Mi dirección de correo electrónico es: _leydisrayner@gmail.com_.

4. Mi número de teléfono es: _832- 582- 9839_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Insulation_.

7. Trabajé allí desde _9/15/2018_          hasta _12/1/2018_.
                    (fecha)                                (fecha)

8. Hice _$22.00 x hora_ dólares por hora / año.
         (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott
   International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado
   Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas
   y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro.
    en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento
    Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o
    Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para
    Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Jeydis Ricea Machado_          Fecha: _3/8/19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la
fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: **Fernando Longoria** .

2. My address is:
   **790 Mooney Ln / PO Box 1271 Ingleside TX.**

3. My email address is: **longoriaf827 @ gmail.com** .

4. My telephone number is: **361-704-5082** .

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was **Journeyman Pipefitter** .

7. I worked there from **8-12-2016** to **2-2018** .
                        (date)               (date)

8. I made **$29.00** dollars per hour / year.
                                         (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): **Fernand. Longoria**      Date: **2-21-2019**

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Melanie N. Lucien

2. My address is: 4590 ElPaso St. Beaumont TX.

3. My email address is: nickyi520 @ yahoo.com

4. My telephone number is: 346-234-2648

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Labor Lead Foreman, Electrician Helper.

7. I worked there from March 2015 to Nov. 2018
   (date)            (date)

8. I made 32.00 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Melanie N. Lucien          Date: 4/1/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: *GUSTAVO IUGO CASTRO*.

2. Mi dirección es: *2017 DARTMOUTH ST TERRYTOWN LA 70056*

3. Mi dirección de correo electrónico es: _____

4. Mi número de teléfono es: *337-661-1045*.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era *METAERO*.

7. Trabajé allí desde *04-20-18* hasta *12-19-18*.
          (fecha)                    (fecha)

8. Hice *28,000* dólares por hora / año.
        (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): *GUSTAVO IUGO*          Fecha: *4-1-19*

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tarde [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: Ruben D Lugo Castro.

2. Mi dirección es: 2017 DARtmOUTH St TAAXtouh LA 40056

3. Mi dirección de correo electrónico es: _____.

4. Mi número de teléfono es: 712.203-8939.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era insulation.

7. Trabajé allí desde 5-10-18 hasta 12-10-19.
   (fecha)          (fecha)

8. Hice 2000 dólares por hora / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott
   International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado
   Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas
   y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro.
    en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento
    Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o
    Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para
    Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): Ruben Lugo          Fecha: 1-11-19

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tarde [60 días después de la
fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Shelley Jo Maloney.

2. My address is: 15167 HARRINGTON LOOP Sgt.Bluff IA 51054

3. My email address is: Shelleyjosmiles@yahoo.com.

4. My telephone number is: 318-264-8704

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Material Handler.

7. I worked there from March 9, 2017 to March 22, 2018
   (date)                    (date)

8. I made 28 dollars (per hour) year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Shelley Jo Maloney        Date: Feb,13,2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal



## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Michael Malveaux

2. My address is: 3135 Ave H Nederland Tx 77627

3. My email address is: mmalveaux os@gmail.com

4. My telephone number is: (409) 853-2356

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Ex Pediter

7. I worked there from 3-4-2016 to 7-12-2018
   (date)                (date)

8. I made $21.50 pm dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Michael Malveaux          Date: 7-18-19

**To be effective, this signed consent form MUST be sent no later than sixty (60) days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreeride@ssa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Diana P Martinez

2. My address is: 10313 Cibaceí De Edinburg Tx 78542

3. My email address is: dianaypricilla@gmail.com

4. My telephone number is: (956) 739·8006

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was Pipefitter

7. I worked there from 6·28·16   10·24·18 to 1/17/17   4·2·19 .
                              (date)                (date)

8. I made $19⁰⁰ $25⁰⁰ dollars per hour / year.
                                    (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): DIANA P. MARTINEZ    Date: April 12, 2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

07/19/2019    08:26 Alamo Library                                                                    9567875154                    P.001/001

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Hector Martinez

2. My address is: 304 Hector Dr Alamo TX 78516

3. My email address is: hector martinez 19701@gmail.com

4. My telephone number is: (956) 588-9470

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was FOREMAN

7. I worked there from SEP 2017 to JULY 2018.
   (date)                (date)

8. I made $28.00 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Hector M                    Date: 7-19-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is NELSON G. MADAS

2. My address is 3718 RUTGERS AVE    PORT ARTHUR TX 77642    _Permanent:_ _IV calle JAÉ Pena Gonzalez_ _Adjuntas, P.R. 00601_

3. My email address is bovikua012@live.com

4. My telephone number is (939) 202-0353

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was TESTING FOREMAN

7. I worked there from 09/21/2017 (date) to 10/02/2018 (date).

8. I made 33.50/50.25 OT dollars per (hour) / year. (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _NELSON G. MADAS_    Date: 14 MARCH 2019

To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419-0507
Email: nomorefreerides@jsna.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Nathan McDaniel Jr_ .

2. My address is:
   _316 Blair Rd Kountze Tx 77625_ .

3. My email address is: _mcdanielnathan2018@gmail.com_ .

4. My telephone number is: _(409) 363-1631_ .

5. I worked for Defendant(s) and/or a joint employer thereof.

6. My position was _Heavy Equipment Operator_ .

7. I worked there from _07-23-2015_ to _03-07-2019_ .
   (date)                          (date)

8. I made $ _33.00_ dollars per (hour) year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., CB&I, LLC, Cameron LNG, LLC, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.


Name (signature): _Nathan McDaniel Jr._      Date: _07-15-2019_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Beverly E. McKenzie

2. My address is: 6020 Starlin Dr Sulphur La 70663

3. My email address is: mckenzie.beverly58@gmail.com (all lowercase)

4. My telephone number is: 337-453-6359

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Laborer

7. I worked there from 2·27-16 to 1-30-17
   (date)                          (date)

8. I made 1800 dollars per hour/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Beverly McKenzie          Date: 3-1-19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

**Página 1**

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _MANUEL MEJIA RAMIREZ_ .

2. Mi dirección es: _7404 Rachel St MAHHEROuA_ .

3. Mi dirección de correo electrónico es: _____.

4. Mi número de teléfono es: _504 - 657 - 6517_ .

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _ALbAÑIL_ .

7. Trabajé allí desde _16 de febrero_ hasta _26 Junio 2018_
   (fecha)                                    (fecha)

8. Hice _204·35·00_ dólares por hora / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro. en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Manuel Mejia R_          Fecha: _12/4/2019_
                                                                    _4/12/19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _ALEXANDER Montilla DURAN_.

2. Mi dirección es:
   _4207 lAke ARTHUR DR APT 206 poRT ARTHUR TX 77642_

3. Mi dirección de correo electrónico es: _ALEXANDERTANCREDO@GMAIL.COM_

4. Mi número de teléfono es: _929-343-6071_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _FIREPROOFINH/INSULATION_

7. Trabajé allí desde _05/17/03/18_ hasta _02/18/06/18_.
   _(2017)/(2018)_        (fecha)        (fecha)

8. Hice _27,000/55,000°⁰_ dólares por hora / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott
   International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado
   Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas
   y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro.
    en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento
    Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o
    Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para
    Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _Alexander T. Montilla_        Fecha: _03/18/19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la
fecha de envío correo electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

07/19/2019  06:12    7136449889                    US ALLOYS                              PAGE  01/01

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: __Miguel Moreno__

2. My address is: __9988 Windmill lakes Blvd, 77075 Houston, Tx__

3. My email address is: __MMorenoinvestments@gmail.com__.

4. My telephone number is: __832-525-5726__

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was __Pipe Fitter helper 3__.

7. I worked there from __04/24/2017__ to __01/22/2018__.
                            (date)                    (date)

8. I made __25.50__ dollars per hour / year.
                                    (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____    Date: __02/19/19__

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: SAMDHY Ng HernanDeZ .

2. My address is:
   11512 SW 248th Lane Homestead Fl 33032 .

3. My email address is: SAMDHYNG1@GMAIL.COM .

4. My telephone number is: +1 323 690 4460 .

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was Apprentice .

7. I worked there from July/20/2018 to January/24/2019 .
   (date)                    (date)

8. I made $18 dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _____   Date: 02/26/2019

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Juan J. Nunez_

2. My address is:
   _14083 Mabry St. La. Feria, TX. 78559_

3. My email address is: _juannunez196932@gmail.com_

4. My telephone number is: _956 / 793-8204_

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Detail Ironworker_

7. I worked there from _4/24/2017_ to _5/03/2018_
                         (date)              (date)

8. I made _$29.00_         (dollars per hour)/ year.
                                        (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.


Name (signature) _[signature]_                    Date: _7/11/19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENTIMIENTO PARA OPTARSE Y UNIRSE A LA DEMANDA

1. Mi nombre es: _Deaire ortese_.

2. Mi dirección es:
   _4386 ReDGate Norcross GA 30092_.

3. Mi dirección de correo electrónico es: _evelinortese0335@gmail.com_

4. Mi número de teléfono es: _470-234-4608_.

5. Trabajé para el Demandado, McDermott International, Inc. (anteriormente conocido como CB&I).

6. Mi posición era _Compitere_.

7. Trabajé allí desde _12-6-2018_ hasta _3-11  19_.
   (fecha)            (fecha)

8. Hice _22_ dólares por hora / año.
   (un círculo)

9. Con mi firma a continuación, autorizo el procesamiento del caso contra los Demandados McDermott International, Inc. y Chiyoda International Corporation (esta "Acción") que aún no se ha asignado Un número de caso civil. Entiendo que esta acción está sujeta a la Ley de normas laborales justas y / o la Ley de Pago de Salarios de Louisiana.

10. Por el presente, doy mi consentimiento, acepto y me inscribo para ser un Demandante en esta Acción ahora y en el futuro en caso de que se enmiende la queja, de modo que no tenga que presentar varios consentimientos en cualquier momento Se modifica la queja. Por la presente doy mi consentimiento y acepto ser obligado por cualquier sentencia del Tribunal o Cualquier acuerdo de esta acción.

11. Por la presente autorizo a los Representantes de la Clase designados, junto con el abogado de registro para Los Demandantes, Sudduth & Associates, LLC, me representarán en esta Acción.

12. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Nombre (firma): _____        Fecha: _03-11-19_

**Para que sea efectivo, este formulario de consentimiento firmado DEBE enviarse a más tardar [60 días después de la fecha de envío electrónico] por correo, fax o correo electrónico a James E. Sudduth, III o Erin N. Abrams en:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 - 0507
Correo electrónico: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: _Jose Padua_.

2. My address is: _1214 Cypress Dr. Apt. D Westwego La 70094_

3. My email address is: _josepadua1956 a) gmail.com_.

4. My telephone number is: _504-294-1242_.

5. I worked for Defendant, McDermott International, Inc. (formerly known as CB&I).

6. My position was _Insulator_.

7. I worked there from _May-12-18_ to _December-3-18_.
   (date)                    (date)

8. I made _$20.50_ dollars per hour / year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc. & Chiyoda International Corporation (this "Action") that has yet to be assigned a Civil Case Number. I understand that this Action is brought under the Fair Labor Standards Act and/or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): _[signature]_    Date: _03-01-19_

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal

## CONSENT TO OPT-IN AND JOIN LAWSUIT

1. My name is: Darrell Papillion

2. My address is: 225 Calcasieu St.

3. My email address is: DarrellPapillion8@gmail.com

4. My telephone number is: 337 414 4681

5. I worked for Defendant(s) and or a joint employer thereof

6. My position was Labor

7. I worked there from Sept 2016 to May 2017.
   (date)              (date)

8. I made 16.00 to 17.00 dollars per hour/ year.
   (circle one)

9. By my signature below, I authorize the prosecution of the case against Defendants McDermott International, Inc., Chicago Bridge & Iron, Cameron LNG, & Chiyoda International Corporation (this "Action") that has been assigned Civil Case Number 2:19-cv-00158. I understand that this Action is brought under the Fair Labor Standards Act and or the Louisiana Wage Payment Act.

10. I hereby consent, agree, and opt-in to become a Plaintiff in this Action now and in the future should the complaint be amended, so that I do not have to file multiple consents any time the complaint is amended. I hereby consent and agree to be bound by any judgment by the Court or any settlement of this Action.

11. I hereby authorize the designated Class Representative(s), along with counsel of record for Plaintiffs, Sudduth & Associates, LLC, to represent me in this Action.

12. I declare under penalty of perjury that the foregoing is true and correct.

Name (signature): Darrell Papillion          Date: 4/9/19

**To be effective, this signed consent form MUST be sent no later than [60 days from date of mailing or emailing] by mail, fax, or email to James E. Sudduth, III or Erin N. Abrams at:**

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, LA 70601
Fax: (337) 419 – 0507
Email: nomorefreerides@saa.legal