UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **KENDRICK BENNETT ET AL.** | **CASE NO. 2:19-CV-00158** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **MCDERMOTT INTERNATIONAL INC ET AL.** | **MAGISTRATE JUDGE KAY** |

## AMENDED JUDGMENT

For the reasons stated in the Fifth Circuit's opinion and the prior Memorandum Ruling [doc. 97] issued by this court,

**IT IS HEREBY ORDERED, ADJUDGED,** and **DECREED** that the Motion to Dismiss [doc. 17] filed by Cameron LNG is **DENIED** and the Motion to Dismiss [doc. 19] filed by Chiyoda is **DENIED IN PART** and **DENIED AS MOOT IN PART**. The Motion to Dismiss [doc. 25] filed by defendants CB&I, McDermott, and Chiyoda is **GRANTED IN PART** and **DENIED AS MOOT IN PART**, and the Motion to Dismiss [doc. 69] filed by those parties is **GRANTED**, such that plaintiffs' FLSA claims in this matter are **DISMISSED WITHOUT PREJUDICE** and their remaining claims under the LWPA are **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Chambers on this 12th day of May, 2021.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE