UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENDRICK BENNETT AND COURTLANDE COLLINS individually and on behalf of all others similar situated** | **CIVIL ACTION NO.:  2:19-cv-00158** |
| **VERSUS** | **JUDGE:  JAMES D. CAIN, JR.** |
| **MCDERMOTT INTERNATIONAL, INC., CHICAGO BRIDGE & IRON, CO., CHIYODA INTERNATIONAL CORPORATION, AND CAMERON LNG, LLC** | **MAGISTRATE JUDGE: KATHLEEN KAY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CAMERON LNG, LLC'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

Defendant, Cameron LNG, LLC ("Cameron LNG"), pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves the Court to dismiss all of Plaintiffs' claims against Cameron LNG in the Second Amended Complaint, with prejudice.

This is a wage and hour dispute originally filed by Kendrick Bennett and Courtlande Collins.  Pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201, *et seq.*, Plaintiffs seek, on behalf of themselves and others similarly situated, alleged unpaid wages and overtime for time they (i) allegedly spent commuting between designated parking lots and their jobsite and (ii) participating in alleged prestart safety meetings.  As set forth more fully in the contemporaneously-filed memorandum in support, all of Plaintiffs' claims against Cameron LNG should be dismissed, with prejudice, because no employment relationship exists between Plaintiffs and Cameron LNG, and Plaintiffs did not – and cannot – allege otherwise.  Alternatively, the Court should dismiss Plaintiffs' Second Amended Complaint in its entirety for failure to state either individual or collective action claims under the FLSA.

WHEREFORE, Defendant, Cameron LNG, LLC, prays that this motion be granted, that all of Plaintiffs' claims against Cameron LNG be dismissed with prejudice, and that Cameron LNG be awarded its attorneys' fees and costs related to this motion.

Respectfully Submitted:

*/s/ Erin Lutkewitte Kilgore*
Erin Lutkewitte Kilgore (#31244) (T.A.)
erin.kilgore@keanmiller.com
A. Edward Hardin, Jr. (#25079)
edward.hardin@keanmiller.com
Chelsea Gomez Caswell (#35147)
chelsea.caswell@keanmiller.com
**Kean Miller LLP**
400 Convention Street, Suite 700
Post Office Box 3513
Baton Rouge, LA 70821-3513
Telephone:  225.387.0999
Fax:  225.388.9133

*Attorneys for Cameron LNG*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system:

James E. Sudduth, III
James@saa.legal
Kourtney L. Kech
Kourtney@saa.legal
SUDDUTH AND ASSOCIATES, LLC
1109 Pithon Street
Lake Charles, Louisiana  70601

Baton Rouge, Louisiana, this 16th day of July, 2021.

*/s/ Erin L. Kilgore*
Erin Lutkewitte Kilgore

4822-6646-6546 v1