IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| KENDRICK BENNETT, and <br> COURTLANDE COLLINS individually <br> and on behalf of all others similarly <br> situated <br>                 Plaintiffs <br>    v. <br> MCDERMOTT INTERNATIONAL, INC., <br> CHICAGO BRIDGE & IRON CO., CHIYODA <br> INTERNATIONAL, CORPORATION, and <br> CAMERON LNG, LLC <br>                 Defendants. | Case No. 2:19-CV-00158 <br><br> Judge James D. Cain, Jr. <br><br> Magistrate Judge Kathleen Kay |

**MOTION TO DISMISS**
**PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendants, McDermott International, Ltd. (formerly known as McDermott International, Inc.), CB&I, LLC, and Chiyoda International Corporation (collectively "Defendants"), through undersigned counsel, move this Court to dismiss this lawsuit pursuant to Rule 12(b)(6) of the *Federal Rules of Civil Procedure.*

As shown in the attached Memorandum in Support, Plaintiffs re-urge claims in their Second Amended Complaint that the Fifth Circuit declared were appropriately dismissed by this Court. Plaintiffs assert impossible and thus implausible minimum wage claims. Plaintiffs wholly fail to allege a plausible employment relationship with any Defendant, let alone a joint employment relationship. Plaintiffs added 1305 named Plaintiffs to this lawsuit without plausibly pleading their claims, or alleging any facts supporting satisfaction of the requirements stated in Rule 20 of the *Federal Rules of Civil Procedure*. And Plaintiffs' proposed collective action is not only inconsistent with the allegations in the lawsuit, the Court can declare from the face of the

Complaint that the Plaintiffs and the proposed putative class will never satisfy the "similarly situated" test required by section 216(b) of the FLSA.

This Court should accordingly dismiss this lawsuit with prejudice.

        OGLETREE, DEAKINS, NASH, SMOAK
        & STEWART, P.C.

         */s/ William H. Payne, IV*
        Christopher E. Moore (LA Bar No. 26430)
        Hal D. Ungar (LA Bar No. 31344)
        William H. Payne, IV (LA Bar No. 36617)
        Kristyn L. Lambert (LA Bar No. 36548)
        701 Poydras Street, Ste. 3500
        New Orleans, LA 70139

        Telephone:  (504) 648-3840
        Facsimile:  (504) 648-3859
        christopher.moore@ogletreedeakins.com
        hal.unger@ogletreedeakins.com
        bill.payne@ogletreedeakins.com
        kristyn.lambert@ogletreedeakins.com

        *Attorneys for McDermott International, Ltd. and CB&I, LLC and Chiyoda International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on 16th day of July a copy of the foregoing has been served on the following counsel of record via CM/ECF:

    James E. Sudduth, III
    Erin N. Abrams
    Kourtney L. Kech
    Sudduth and Associates, LLC
    1109 Pithon Street
    Lake Charles, LA 70601
    Phone: (337) 480-0101
    Facsimile: (337) 419-0507

         */s/ William H. Payne, IV*
        WILLIAM H. PAYNE, IV