# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

**KENDRICK BENNETT ET AL**            **CASE NO.  2:19-CV-00158**

**VERSUS**                            **JUDGE JAMES D. CAIN, JR.**

**MCDERMOTT INTERNATIONAL INC ET AL**   **MAGISTRATE JUDGE KAY**

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the Motions to Dismiss [docs. 110, 111] are hereby **GRANTED IN PART** and **DENIED IN PART**. **IT IS ORDERED, ADJUDGED,** and **DECREED** that the claims of all opt-in plaintiffs are **DISMISSED WITHOUT PREJUDICE** and the minimum wage claims of plaintiffs Bennett and Collins will be **DISMISSED WITH PREJUDICE**. Otherwise, plaintiffs Bennett and Collins' FLSA overtime claims and collective action allegations survive to the extent they claim they are due compensation for pre-start safety briefings and mandatory work performed during their commutes.

**THUS DONE AND SIGNED** in Chambers on this 27th day of September, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**