# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **KENDRICK BENNETT ET AL** | **CASE NO. 2:19-CV-00158** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **MCDERMOTT INTERNATIONAL INC ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## 60 DAY JUDGMENT OF DISMISSAL

Upon notice that the above-captioned matter has settled,

The court hereby **ORDERS, ADJUDGES,** and **DECREES** that this action be **DISMISSED WITHOUT PREJUDICE** to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate judgment of dismissal as soon as the settlement documents are executed. If no motion is filed to reopen, the case is officially closed, and the Clerk of Court shall be relieved from the responsibility of sending out further notice in this matter.

**THUS DONE AND SIGNED** in Chambers this 9th day of May, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE