UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

KENDRICK BENNETT ET AL            CASE NO.  2:19-CV-00158

VERSUS                            JUDGE JAMES D. CAIN, JR.

MCDERMOTT INTERNATIONAL INC       MAGISTRATE JUDGE LEBLANC
ET AL

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Rule 41 Motion to Dismiss (Doc. 221) is **GRANTED** in part and **DENIED** in part.  The Motion is granted to the extent that Plaintiffs, Kendrick Bennett, Marcus Bennett, Isaiah Carey, Ralph Collum, Nathaniel Crossley, Michael Fields, Byron Gosey, Jeffrey Harmon, Darrell James, Fernando Mendoza, Carrol Olivier, and Jamal Thomas are hereby **DISMISSED** with prejudice, for failure to prosecute; additionally, Plaintiff's request for attorney fees and costs as to these Plaintiffs is **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss is **DENIED** as to Plaintiffs, Wyatt Freeman and Arthur Hill; Defendants are **ORDERED** to complete the settlement payment process within 30 days this Judgment.

**THUS DONE AND SIGNED** in chambers on this 28th day of July, 2026.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE